AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| United States of America<br><br>v.<br><br>DURK BANKS,<br>  aka "Lil Durk,"<br>  aka "Mustafa Abdul Malak,"<br><br>Defendant | Case No.   2:24-MJ-06503-DUTY |

FILED
CLERK, U.S. DISTRICT COURT
10/24/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ts_____ DEPUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date, but no later than on or about August 18, 2022, and continuing until at least August 19, 2022, in the county of Los Angeles in the Central District of California, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1958(a) | Conspiracy to Use Interstate Facilities to Commit Murder-For-Hire Resulting in Death |

This criminal complaint is based on these facts:

  *Please see attached affidavit.*

  ☒ Continued on the attached sheet.

*/s/ Sarah Corcoran*
Complainant's signature

Sarah Corcoran, Special Agent, FBI
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: October 24, 2024

Judge's signature

City and state: Los Angeles, California

Hon. Stephanie S. Christensen, U.S. Magistrate Judge
Printed name and title

AUSA: Ian V. Yanniello/Daniel H. Weiner

## AFFIDAVIT

I, Sarah Corcoran, being duly sworn, declare and state as follows:

### I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant against DURK BANKS also known as ("aka") "Lil Durk," aka "Mustafa Abdul Malak," ("BANKS") for a violation of 18 U.S.C. § 1958(a): Conspiracy to Use Interstate Facilities to Commit Murder-For-Hire Resulting in Death.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### II. BACKGROUND OF AFFIANT

3. I am a Special Agent with the FBI and have been so employed since April 2010. I am assigned to the Violent Crimes Squad in the Los Angeles Field Office and work a variety of crimes, including murder for hire, kidnappings, hostage taking, robberies, extortions, aggravated threats, assaults on federal officers, firearms violations, and felonies at federal facilities. Upon joining the FBI, I attended and graduated from the FBI Basic Special Agent Training Course in Quantico, Virginia where I received training in a variety of investigative and legal matters, including

the topics of Fourth Amendment searches, the drafting of search warrant affidavits, and probable cause.  In my current role, I am assigned to a violent crime criminal squad where I have experience conducting and assisting with multiple violent crime investigations as described above.  I have formal training in case management, interviewing and interrogation, crisis management, crime scene analysis, cellular telephone analysis, evidence collection, social media exploitation, and handling confidential sources.

### III. SUMMARY OF PROBABLE CAUSE

4.   BANKS is the leader of the Chicago-based rap collective known as Only the Family, or "OTF."  In addition to OTF's status as a rap collective, I know based on the investigation that OTF also acts as an association-in-fact of individuals who engage in violence, including murder and assault, at the direction of BANKS and to maintain their status in OTF.  For example, based on evidence collected during the investigation, including the interview of witnesses,[1] I know that BANKS put a monetary bounty out for an individual with whom BANKS was feuding named T.B.

5.   As detailed below, on August 19, 2022, multiple OTF members and associates used two vehicles and worked in tandem to track, stalk, and attempt to murder T.B. at a gas station located in Los Angeles, California.  The co-conspirators fired at least 18

---

[1] Due to serious safety concerns, this affidavit does not provide the identity of these witnesses.  Based on the FBI's investigation, I know that witnesses and/or their family members have already received threats and/or have been contacted in what appear to be attempts to influence their participation in this investigation.

2

rounds at T.B.'s vehicle, striking and killing S.R. --- T.B.'s family member who was traveling with T.B.

6.   On October 17, 2024, a Grand Jury sitting in the Central District of California returned an indictment charging five co-conspirators --- Kavon London GRANT, Deandre Dontrell WILSON, Keith JONES, David Brian LINDSEY, and Asa HOUSTON --- with crimes arising from the murder, including Murder-for-Hire and Conspiracy to Commit Murder-for-Hire Resulting in Death, in violation of 18 U.S.C. § 1958(a).  See United States v. Kavon London Grant, et al., Case No. 2:24-621-MRA.  BANKS is identified as Co-Conspirator 1 in the indictment, which is incorporated herein by reference.

7.   Based on the investigation, and as described below, evidence shows that BANKS ordered T.B.'s murder and that the hitmen used BANKS and OTF-related finances to carry out the murder.  For example, bank and flight records show that an OTF member and close associate of BANKS ("Co-Conspirator 3") coordinated and paid for JONES, LINDSEY, WILSON, HOUSTON, and another OTF member ("Co-Conspirator 2") to travel from Chicago to California on the day before the murder (August 18, 2022).  Co-Conspirator 3 paid for the flights using a credit card linked to BANKS and OTF.  Around the time that Co-Conspirator 3 purchased the co-conspirators' flights to California, iCloud records show that a phone number associated with BANKS texted Co-Conspirator 3: **"Don't book no flights under no names involved wit [sic] me."**

8.   Additionally, on the same day that the hitmen traveled to California from Chicago, BANKS also traveled to California with another charged co-conspirator (GRANT) on a private jet.  Later that day, GRANT purchased ski masks for the shooters to use to commit the

3

murder, and paid for the other co-conspirators' hotel room using a credit card in BANKS' name.

9. Earlier this morning (October 24, 2024), federal and local law enforcement executed multiple search warrants at locations associated with OTF members in and around the Chicago area, and arrested GRANT, WILSON, JONES, LINDSEY, and HOUSTON. After executing the warrants, the FBI learned that BANKS had been booked on at least three international flights scheduled to leave the United States today. When BANKS arrived near one of the departing airports, he was arrested by law enforcement personnel.

## IV. STATEMENT OF PROBABLE CAUSE

10. Based on my training and experience, my personal involvement in this investigation, conversations with other law enforcement officers, witness statements, and review of reports and other documents prepared by law enforcement officers, I am aware of the following:

### A. Chicago-Based Hitmen Travel to Los Angeles to Murder a Rival of BANKS

11. On October 17, 2024, a Grand Jury returned an indictment charging GRANT, WILSON, JONES, LINDSEY, and HOUSTON with Murder-for-Hire and Conspiracy to Commit Murder-for-Hire Resulting in the Death of S.R., in violation of 18 U.S.C. § 1958(a); and Discharge of Firearms and Machinegun in Furtherance of a Crime of Violence Resulting in Death in violation of 18 U.S.C. §§ 924(c)(1)(A)(iii), (c)(1)(B)(ii), (j)(1). The Grand Jury also charged JONES with possession of a machinegun in violation of 18 U.S.C. § 922(o).

12. As alleged in the indictment, on August 19, 2022, S.R. and others, including S.R.'s family member, T.B. --- a rap artist known as "Q.R." --- were near their vehicle at a gas station across from the Beverly Center in Los Angeles when three gunmen opened fire on the vehicle, killing S.R. Law enforcement personnel subsequently recovered 18 shell casings from the murder scene.

13. At the time of the murder, T.B. had a public feud with BANKS, aka "Lil Durk." BANKS is a Chicago-based gang member and leader of the rap collective known as Only the Family, or "OTF".[2] The feud stemmed from a November 6, 2020 murder, where an associate of T.B. shot and killed an OTF rapper named Dayvon Bennett aka "King Von." Bennett was a member of OTF and BANKS' close friend.

14. According to open-source reporting and witnesses, BANKS placed a monetary bounty on T.B.'s life.[3]

15. Based on the investigation to date, including open-source research, my training and experience investigating gangs and violent crime, and witness statements, OTF is a hybrid organization that functions as a BANKS-led music collective and a gang. Based on the

---

[2] Based on open-source research, I know that BANKS has attempted to publicly distance himself from suspected gang and/or criminal activity. See, e.g., "Lil Durk Launches the Durk Banks Scholarship Fund at Howard University with Amazon Music", available at https://www.billboard.com/music/rb-hip-hop/lil-durk-banks-endowment-fund-howard-university-1235302817/ (Apr. 14, 2023); "Rapper Lil Durk Turned to Therapy to Cope With Tragedies", available at https://www.latimes.com/entertainment-arts/music/story/2023-05-29/lil-durk-therapy-almost-healed-all-my-life-morgan-wallen-j-cole (May 29, 2023); "Lil Durk Says He 'Ain't a Felon Anymore' After Criminal Record is Cleared: 'Everyone Should Get Second Chances'", available at https://www.complex.com/music/a/tracewilliamcowen/lil-durk-criminal-record-cleared (Sept. 23, 2024).

[3] As described above in footnote 1, due to significant concerns about witness safety, this affidavit does not provide the identity of these witnesses.

investigation to date, including conversations with other law enforcement agents and witness statements, HOUSTON and WILSON are associated with OTF, and LINDSEY and JONES are associated with other gangs in Chicago.

    **B.   The Hitmen Travel Using Funds Linked to BANKS**

    16.  I know the following based on my review of LAPD police reports, surveillance footage, bank and flight records, witness statements, and homicide detectives from the LAPD and federal investigators involved in this case:

        a.  On August 18, 2022 --- the day before S.R.'s murder --- OTF members learned of the location of T.B. from a long-time OTF affiliate, Co-Conspirator 4.  After OTF members learned this, the following men took a one-way flight from Chicago to San Diego: JONES, LINDSEY, WILSON, HOUSTON, and Co-Conspirator 2.

        b.  The one-way tickets to San Diego were purchased using an American Express credit card ending in -2039 and in the name of Co-Conspirator 3, who is also associated with OTF and BANKS.  Based on records from Apple, I know that on that same day, a number ending in -9595 believed to be associated with BANKS[4] sent a text message to Co-Conspirator 3, stating: "Don't book no flights under no names involved wit [sic] me."

        c.  Based on my review of hotel records, I know that GRANT rented and paid for a room at the Sheraton Universal Hotel in

---

[4] Facts associating this number with BANKS include Co-Conspirator 3 and GRANT saving this number with contact names associated with BANKS, and BANKS self-identifying using this number in a February 2022 text message to an individual in Florida unrelated to this investigation.

Universal City, California on August 18, 2022 using an American Express card in BANKS' name ending in -1015. JONES, LINDSEY, WILSON, HOUSTON, and Co-Conspirator 2 stayed at the hotel the night before the co-conspirators tracked, stalked, and attempted to kill T.B.

       d. Based on my review of bank records, I know the -2039 and -1015 credit cards were issued under an account belonging to O.A. and "Astronaut Soundz LLC." Based on public information, I know that O.A. was BANKS' manager in or around 2022. Georgia Secretary of State online corporation records show that Astronaut Soundz LLC was initially registered by O.A. in 2017. A request of amendment was filed in 2021 and a new manager, BANKS, was added to the business. The bank records also showed that the Astronaut Soundz's American Express account had four credit cards issued to four individuals: BANKS, Co-Conspirator 3, BANKS' father D.B., and O.A.

       e. Based on my review of records from a private airplane company, I know that BANKS and GRANT flew on the same airplane from Los Angeles to Miami on August 16, 2022, and back to Los Angeles on August 18, 2022 --- the day before S.R.'s murder. Records from a rental property show that BANKS' manager, O.A., rented a house in Encino, California from July 1, 2022 to October 1, 2022. Based on investigators review of photographs of the interior of the Encino rental, I know that video footage from an August 18, 2022 podcast shows the host of the podcast with BANKS, wherein BANKS appears to be inside the Encino house.

    f. On the day of the murder (August 19, 2022), surveillance video shows T.B., S.R., and others leave their hotel in Los Angeles and enter a black Cadillac Escalade (the "ESCALADE"). Surveillance video taken from numerous locations throughout Los Angeles, including T.B.'s hotel and the gas station where the murder occurred, show that two vehicles followed the ESCALADE for hours leading up to the shooting.

    g. One vehicle was a white BMW ("Murder Vehicle 1")[5], and the other was a white Infiniti ("Murder Vehicle 2"). Among other things, surveillance video from the murder scene shows Murder Vehicle 2 park in an alley behind the gas station, where three shooters wearing black masks exit the vehicle (later identified as JONES, LINDSEY, and Co-Conspirator 2), walk to the gas station, and then open fire on the ESCALADE. The shooters then ran back to the Murder Vehicle 2 and drove away. Murder Vehicle 1 drove away from the area just minutes before the shooting.

    h. Approximately 50 minutes after the shooting, surveillance video from an In-N-Out restaurant in Los Angeles shows GRANT, JONES, and WILSON arrive in Murder Vehicle 1. The video also shows LINDSEY and Co-Conspirator 2 arrive at the In-N-Out in a black SUV. Based on a comparison of surveillance video showing the murder to video from the In-N-Out restaurant, law enforcement identified

---

[5] Based on the investigation, GRANT was the primary driver of Murder Vehicle 1. As discussed above, in addition to driving the vehicle, GRANT took steps to help facilitate the murder, including booking the hotel room for the hitmen. Additionally, GPS data associated with Murder Vehicle 1 shows that the vehicle was parked outside of a sporting goods store at the approximate time that four black ski masks matching the appearance of those used by the shooters were purchased.

that LINDSEY, JONES, and Co-Conspirator 2 were the individuals who opened fire and killed S.R.

 i. A few hours after the shooting, JONES, LINDSEY, WILSON, HOUSTON, and Co-Conspirator 2 boarded a flight from San Diego to Chicago.  Once again, the credit card in the name of Co-Conspirator 3 was used to pay for the one-way tickets.

 **C.** **BANKS Books Multiple International Flights After Law Enforcement Arrested Multiple Co-Conspirators and Executed Search Warrants at Locations Associated with OTF Members**

17. I know the following based on my conversations with other law enforcement agents involved in the investigation and my personal involvement in the investigation:

 a. In the early hours of October 24, 2024, law enforcement arrested GRANT, JONES, LINDSEY, WILSON, and HOUSTON, and executed multiple search warrants in the Chicago area, including a warrant to search the home of Co-Conspirator 3.

 b. Shortly after making these arrests and executing the search warrants on October 24, the FBI received notifications from U.S. Customs and Border Protection ("CBP") showing that BANKS had been booked as a passenger on two international flights: (i) a one-way flight from Miami to Dubai, United Arab Emirates ("UAE"),[6] connecting through Doha, Qatar, scheduled to depart the evening of October 24; and (ii) a one-way flight from Fort Lauderdale to Switzerland, connecting via New Jersey, also scheduled to depart the evening of October 24.  BANKS did not board either flight.[7]  At

---

[6] Based on open-source research, I believe that the UAE does not have a bilateral extradition treaty with the United States.

[7] "Extradition To and From the United States: Overview of the Law and Contemporary Treaties", Congressional Research Service,

approximately 6:40 p.m. ET, the FBI received an additional CBP notification that BANKS had been booked as a passenger on a private plane departing Miami and destined for Italy, scheduled to depart at approximately 9:00 p.m. ET.

  c. At approximately 8:00 p.m. ET, BANKS was arrested by law enforcement in the vicinity of the departing airport.

## V. CONCLUSION

18. For all of the reasons described above, there is probable cause to believe that BANKS violated 18 U.S.C. § 1958(a): Conspiracy to Use Interstate Facilities to Commit Murder-For-Hire Resulting in Death.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 24th day of
October, 2024.

_____
HON. STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE

---

available at https://www.everycrsreport.com/files/20161004_98-958_53c6c09c590214876fb5959c6fdb0d78942b5cc6.pdf.