Query   Reports   Utilities   Help   Log Out

BNDLMR

**F I L E D**
CLERK, U.S. DISTRICT COURT

10/28/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ ASI _____ DEPUTY

# U.S. District Court
## Southern District of Florida (Miami)
## CRIMINAL DOCKET FOR CASE #: 1:24-mj-04256-LMR All Defendants
### 2:24-MJ-6503-DUTY

Case title: USA v. Banks

Date Filed: 10/25/2024

Date Terminated: 10/25/2024

---

Assigned to: Magistrate Judge Lisette M. Reid

**Defendant (1)**

**Durk Banks**
43251-511
*YOB: 1992; English*
*TERMINATED: 10/25/2024*
*also known as*
Lil Durk
*TERMINATED: 10/25/2024*
*also known as*
Mustafa Abdul Malak
*TERMINATED: 10/25/2024*

represented by **Alek Daniel Ubieta**
GrayRobinson, P.A.
333 S.E. 2nd Avenue
Suite 3200
Miami, FL 33131
305-416-6880
Email: alek.ubieta@gray-robinson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Temporary*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

Warrant on Complaint from the Central District of California, 2:24-mj-06503-DUTY Defendant in violation of 18:1958(a) Conspiracy to Use Interstate Facilities to Commit Murder-For-Hire Resulting in Death

**Disposition**

**Plaintiff**

USA                                            represented by **Noticing AUSA CR TP/SR**
                                                              Email: Usafls.transferprob@usdoj.gov
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*
                                                              *Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/25/2024 | 1 | Magistrate Judge Removal of Complaint from Central District of California Case number in the other District 2:24-MJ-06503-DUTY as to Durk Banks (1). (fbn) (Entered: 10/28/2024) |
| 10/25/2024 | 2 | Minute Order for proceedings held before Magistrate Judge Lisette M. Reid: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Durk Banks held on 10/25/2024. Bond recommendation/set: Durk Banks (1) The parties stipulate to PTD with the right to revisit (no hearing held). Date of Arrest or Surrender: 10/25/2024. Defendant Waived Removal. Defendant removed to the Central District of California.<br><br>It is ORDERED AND ADJUDGED that pursuant to the Due Process Protections Act, the Court confirms the United States obligation to disclose to the defendant all exculpatory evidence- that is, evidence that favors the defendant or casts doubt on the United States case, as required by Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendants guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court. Attorney added: Alek Daniel Ubieta for Durk Banks (Digital 13:32:29/13:38:13/13:38:56) Signed by Magistrate Judge Lisette M. Reid on 10/25/2024. (fbn) (Entered: 10/28/2024) |
| 10/25/2024 | 3 | NOTICE OF TEMPORARY ATTORNEY APPEARANCE: Alek Daniel Ubieta appearing for Durk Banks. (fbn) (Entered: 10/28/2024) |
| 10/25/2024 | 4 | WAIVER of Rule 5(c)(3)/Rule 40 Hearing by Durk Banks.l (fbn) (Entered: 10/28/2024) |
| 10/25/2024 | 5 | COMMITMENT TO ANOTHER DISTRICT as to Durk Banks. Defendant committed to District of Central District of California. Closing Case for Defendant. Signed by Magistrate Judge Lisette M. Reid on 10/25/2024. *See attached document for full details.* (fbn) (Entered: 10/28/2024) |
| 10/28/2024 | 6 | Notice of Criminal Transfer to Central District of California of a Rule 5 or Rule 32 Initial Appearance as to Durk Banks. Your case number is: 2:24-MJ-6503-DUTY. Docket sheet and documents attached. If you require certified copies of any documents, please call our Records Section at 305-523-5210. *Attention Receiving Court: If you wish to designate a different email address for future transfers, send your request to TXND at: InterDistrictTransfer_TXND@txnd.uscourts.gov.* (fbn) (Entered: 10/28/2024) |

# MINUTE ORDER

## Magistrate Judge Lisette Marie Reid

**Atkins Building Courthouse - 3rd Floor**  Date: 10/25/24  Time: 1:00 p.m.

Defendant: Durk Banks  J#: 43251-511  Case #: 24-4256-MJ-REID

AUSA: Bryan Dobbins  Attorney: Alek Ubieta (temp)

Violation: CD CA/WARRANT/COMPLAINT/Conspiracy to Commit Murder for Hire Resulting in Death  Surr/Arrest Date: 10/25/24  YOB: 1992

Proceeding: Initial Appearance  CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No  Recommended Bond: PTD

Bond Set at: Temporary PTD California  Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs

Language: English

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☐ Other:

| Disposition: |
| --- |
| Defendant sworn and advised of |
| rights. Counsel file temp appearance |
| Defendant waived removal |
| The parties stipulate to PTD with the |
| right to revisit (no hearing held) |
| Brady Order given |
| Defendant removed to the Central |
| District of California. |

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**  Date:  Time:  Judge:  Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. 13:32:29/13:38:13/13:38:56  Time in Court: 8

s/Lisette Marie Reid  Magistrate Judge

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
Case No:  24-4256-MJ-REID

United States of America
    Plaintiff,

v.

                             Charging District's Case No. 2:24-MJ-6503

Durk Banks,
    Defendant.

_____/

## WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS

I understand that I have been charged in another district, the **Central District of California.**

I have been informed of the charges and of my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)    a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5)    a hearing on any motion by the government for detention;

(6)    request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my rights to: **(check those that apply)**

☐ An identity hearing and production of the warrant.

☐ A preliminary hearing.

☐ A detention hearing in the Southern District of Florida.

☑ An identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district.  I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:  10/25/24

_____
Defendant's Signature

_____
Lisette Marie Reid
United States Magistrate Judge

# United States District Court
## Southern District of Florida
Case No. 24-4256-MJ-REID

UNITED STATES OF AMERICA,

    v.

Charging District's Case No. $2:24-MJ-6503$

Durk Banks,
(USM# 43251-511)

_____/

## COMMITMENT TO ANOTHER DISTRICT

    The defendant has been ordered to appear in the Central District of California.

    _Alex Ubieta (temp)_    was appointed to represent

**Defendant for proceedings in this District.**

    The defendant remains in custody after the initial appearance in the Southern District of Florida.

    **IT IS ORDERED** that the United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

    **DONE AND ORDERED** at Miami, Florida on 10/25/24.

_____
Lisette Marie Reid
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FILED BY _____ MP _____ D.C.

*Oct 25, 2024*

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>DURK BANKS, aka "Lil Durk," aka "Mustafa Abdul Malak,"<br><br>DEFENDANT | CASE NUMBER:<br><br># 24-4256-MJ-REID<br>## WARRANT FOR ARREST |

To:    UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest DURK BANKS, aka "Lil Durk," aka "Mustafa Abdul Malak," and bring him forthwith to the nearest Magistrate Judge to answer a Complaint charging him with Conspiracy to Use Interstate Facilities to Commit Murder-For-Hire Resulting in Death, in violation of Title 18, United States Code, Section 1958(a).

| | |
|---|---|
| Brian Karth<br>NAME OF ISSUING OFFICER | October 24, 2024, Los Angeles, California |
| Clerk of Court<br>TITLE OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| <br>SIGNATURE OF DEPUTY CLERK | Hon. Stephanie S. Christensen<br>By: U.S. Magistrate Judge<br>NAME OF JUDICIAL OFFICER |

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION)

| | |
|---|---|
| <br>DATE RECEIVED | <br>NAME OF ARRESTING OFFICER |
| <br>DATE OF ARREST | <br>TITLE |
| **DESCRIPTIVE INFORMATION FOR DEFENDANT**<br>**CONTAINED ON PAGE TWO** | <br>SIGNATURE OF ARRESTING OFFICER |

AO 91 (Rev. 11/11)  Criminal Complaint (Rev. by USAO on 3/12/20)        ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

### for the

### Central District of California

<table>
<tr><td>

United States of America

v.

DURK BANKS,
  aka "Lil Durk,"
  aka "Mustafa Abdul Malak,"

        Defendant

</td><td>

Case No.   2:24-MJ-06503-DUTY

## 24-MJ-4256-REID

</td></tr>
</table>

| | |
|---|---|
| **FILED** | |
| CLERK, U.S. DISTRICT COURT | |
| 10/24/2024 | |
| CENTRAL DISTRICT OF CALIFORNIA | |
| BY: _____ ts _____ DEPUTY | |

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date, but no later than on or about August 18, 2022, and continuing until at least

August 19, 2022, in the county of Los Angeles in the Central District of California, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1958(a) | Conspiracy to Use Interstate Facilities to Commit Murder-For-Hire Resulting in Death |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

                                                         */s/ Sarah Corcoran*
                                                      *Complainant's signature*

                                 Sarah Corcoran, Special Agent, FBI
                                          *Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:     October 24, 2024

                                             *Judge's signature*

City and state:  Los Angeles, California         Hon. Stephanie S. Christensen, U.S. Magistrate Judge
                                             *Printed name and title*

AUSA: Ian V. Yanniello/Daniel H. Weiner

## **AFFIDAVIT**

I, Sarah Corcoran, being duly sworn, declare and state as follows:

### I.  **PURPOSE OF AFFIDAVIT**

1.  This affidavit is made in support of a criminal complaint and arrest warrant against DURK BANKS also known as ("aka") "Lil Durk," aka "Mustafa Abdul Malak," ("BANKS") for a violation of 18 U.S.C. § 1958(a): Conspiracy to Use Interstate Facilities to Commit Murder-For-Hire Resulting in Death.

2.  The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### II. **BACKGROUND OF AFFIANT**

3.  I am a Special Agent with the FBI and have been so employed since April 2010.  I am assigned to the Violent Crimes Squad in the Los Angeles Field Office and work a variety of crimes, including murder for hire, kidnappings, hostage taking, robberies, extortions, aggravated threats, assaults on federal officers, firearms violations, and felonies at federal facilities.  Upon joining the FBI, I attended and graduated from the FBI Basic Special Agent Training Course in Quantico, Virginia where I received training in a variety of investigative and legal matters, including

the topics of Fourth Amendment searches, the drafting of search
warrant affidavits, and probable cause.  In my current role, I am
assigned to a violent crime criminal squad where I have experience
conducting and assisting with multiple violent crime investigations
as described above.  I have formal training in case management,
interviewing and interrogation, crisis management, crime scene
analysis, cellular telephone analysis, evidence collection, social
media exploitation, and handling confidential sources.

### III. <u>SUMMARY OF PROBABLE CAUSE</u>

4.    BANKS is the leader of the Chicago-based rap collective
known as Only the Family, or "OTF."  In addition to OTF's status as
a rap collective, I know based on the investigation that OTF also
acts as an association-in-fact of individuals who engage in
violence, including murder and assault, at the direction of BANKS
and to maintain their status in OTF.  For example, based on evidence
collected during the investigation, including the interview of
witnesses,[1] I know that BANKS put a monetary bounty out for an
individual with whom BANKS was feuding named T.B.

5.    As detailed below, on August 19, 2022, multiple OTF
members and associates used two vehicles and worked in tandem to
track, stalk, and attempt to murder T.B. at a gas station located in
Los Angeles, California.  The co-conspirators fired at least 18

---

[1] Due to serious safety concerns, this affidavit does not
provide the identity of these witnesses.  Based on the FBI's
investigation, I know that witnesses and/or their family members
have already received threats and/or have been contacted in what
appear to be attempts to influence their participation in this
investigation.

rounds at T.B.'s vehicle, striking and killing S.R. --- T.B.'s family member who was traveling with T.B.

6.    On October 17, 2024, a Grand Jury sitting in the Central District of California returned an indictment charging five co-conspirators --- Kavon London GRANT, Deandre Dontrell WILSON, Keith JONES, David Brian LINDSEY, and Asa HOUSTON --- with crimes arising from the murder, including Murder-for-Hire and Conspiracy to Commit Murder-for-Hire Resulting in Death, in violation of 18 U.S.C. § 1958(a).  See United States v. Kavon London Grant, et al., Case No. 2:24-621-MRA.  BANKS is identified as Co-Conspirator 1 in the indictment, which is incorporated herein by reference.

7.    Based on the investigation, and as described below, evidence shows that BANKS ordered T.B.'s murder and that the hitmen used BANKS and OTF-related finances to carry out the murder.  For example, bank and flight records show that an OTF member and close associate of BANKS ("Co-Conspirator 3") coordinated and paid for JONES, LINDSEY, WILSON, HOUSTON, and another OTF member ("Co-Conspirator 2") to travel from Chicago to California on the day before the murder (August 18, 2022).  Co-Conspirator 3 paid for the flights using a credit card linked to BANKS and OTF.  Around the time that Co-Conspirator 3 purchased the co-conspirators' flights to California, iCloud records show that a phone number associated with BANKS texted Co-Conspirator 3: **"Don't book no flights under no names involved wit [sic] me."**

8.    Additionally, on the same day that the hitmen traveled to California from Chicago, BANKS also traveled to California with another charged co-conspirator (GRANT) on a private jet.  Later that day, GRANT purchased ski masks for the shooters to use to commit the

3

murder, and paid for the other co-conspirators' hotel room using a credit card in BANKS' name.

9.   Earlier this morning (October 24, 2024), federal and local law enforcement executed multiple search warrants at locations associated with OTF members in and around the Chicago area, and arrested GRANT, WILSON, JONES, LINDSEY, and HOUSTON.  After executing the warrants, the FBI learned that BANKS had been booked on at least three international flights scheduled to leave the United States today.  When BANKS arrived near one of the departing airports, he was arrested by law enforcement personnel.

## IV. <u>STATEMENT OF PROBABLE CAUSE</u>

10.   Based on my training and experience, my personal involvement in this investigation, conversations with other law enforcement officers, witness statements, and review of reports and other documents prepared by law enforcement officers, I am aware of the following:

### A.    **Chicago-Based Hitmen Travel to Los Angeles to Murder a Rival of BANKS**

11.   On October 17, 2024, a Grand Jury returned an indictment charging GRANT, WILSON, JONES, LINDSEY, and HOUSTON with Murder-for-Hire and Conspiracy to Commit Murder-for-Hire Resulting in the Death of S.R., in violation of 18 U.S.C. § 1958(a); and Discharge of Firearms and Machinegun in Furtherance of a Crime of Violence Resulting in Death in violation of 18 U.S.C. §§ 924(c)(1)(A)(iii), (c)(1)(B)(ii), (j)(1).  The Grand Jury also charged JONES with possession of a machinegun in violation of 18 U.S.C. § 922(o).

4

12.    As alleged in the indictment, on August 19, 2022, S.R. and others, including S.R.'s family member, T.B. --- a rap artist known as "Q.R." --- were near their vehicle at a gas station across from the Beverly Center in Los Angeles when three gunmen opened fire on the vehicle, killing S.R.  Law enforcement personnel subsequently recovered 18 shell casings from the murder scene.

13.    At the time of the murder, T.B. had a public feud with BANKS, aka "Lil Durk."  BANKS is a Chicago-based gang member and leader of the rap collective known as Only the Family, or "OTF".[2] The feud stemmed from a November 6, 2020 murder, where an associate of T.B. shot and killed an OTF rapper named Dayvon Bennett aka "King Von."  Bennett was a member of OTF and BANKS' close friend.

14.    According to open-source reporting and witnesses, BANKS placed a monetary bounty on T.B.'s life.[3]

15.    Based on the investigation to date, including open-source research, my training and experience investigating gangs and violent crime, and witness statements, OTF is a hybrid organization that functions as a BANKS-led music collective and a gang.  Based on the

---

[2] Based on open-source research, I know that BANKS has attempted to publicly distance himself from suspected gang and/or criminal activity.  See, e.g., "Lil Durk Launches the Durk Banks Scholarship Fund at Howard University with Amazon Music", available at https://www.billboard.com/music/rb-hip-hop/lil-durk-banks-endowment-fund-howard-university-1235302817/ (Apr. 14, 2023); "Rapper Lil Durk Turned to Therapy to Cope With Tragedies", available at https://www.latimes.com/entertainment-arts/music/story/2023-05-29/lil-durk-therapy-almost-healed-all-my-life-morgan-wallen-j-cole (May 29, 2023); "Lil Durk Says He 'Ain't a Felon Anymore' After Criminal Record is Cleared: 'Everyone Should Get Second Chances'", available at https://www.complex.com/music/a/tracewilliamcowen/lil-durk-criminal-record-cleared (Sept. 23, 2024).

[3] As described above in footnote 1, due to significant concerns about witness safety, this affidavit does not provide the identity of these witnesses.

investigation to date, including conversations with other law enforcement agents and witness statements, HOUSTON and WILSON are associated with OTF, and LINDSEY and JONES are associated with other gangs in Chicago.

**B.    The Hitmen Travel Using Funds Linked to BANKS**

16.   I know the following based on my review of LAPD police reports, surveillance footage, bank and flight records, witness statements, and homicide detectives from the LAPD and federal investigators involved in this case:

a.   On August 18, 2022 --- the day before S.R.'s murder --- OTF members learned of the location of T.B. from a long-time OTF affiliate, Co-Conspirator 4.  After OTF members learned this, the following men took a one-way flight from Chicago to San Diego: JONES, LINDSEY, WILSON, HOUSTON, and Co-Conspirator 2.

b.   The one-way tickets to San Diego were purchased using an American Express credit card ending in -2039 and in the name of Co-Conspirator 3, who is also associated with OTF and BANKS.  Based on records from Apple, I know that on that same day, a number ending in -9595 believed to be associated with BANKS[4] sent a text message to Co-Conspirator 3, stating: "Don't book no flights under no names involved wit [sic] me."

c.   Based on my review of hotel records, I know that GRANT rented and paid for a room at the Sheraton Universal Hotel in

---

[4] Facts associating this number with BANKS include Co-Conspirator 3 and GRANT saving this number with contact names associated with BANKS, and BANKS self-identifying using this number in a February 2022 text message to an individual in Florida unrelated to this investigation.

Universal City, California on August 18, 2022 using an American Express card in BANKS' name ending in -1015.  JONES, LINDSEY, WILSON, HOUSTON, and Co-Conspirator 2 stayed at the hotel the night before the co-conspirators tracked, stalked, and attempted to kill T.B.

      d.  Based on my review of bank records, I know the -2039 and -1015 credit cards were issued under an account belonging to O.A. and "Astronaut Soundz LLC."  Based on public information, I know that O.A. was BANKS' manager in or around 2022.  Georgia Secretary of State online corporation records show that Astronaut Soundz LLC was initially registered by O.A. in 2017.  A request of amendment was filed in 2021 and a new manager, BANKS, was added to the business.  The bank records also showed that the Astronaut Soundz's American Express account had four credit cards issued to four individuals: BANKS, Co-Conspirator 3, BANKS' father D.B., and O.A.

      e.  Based on my review of records from a private airplane company, I know that BANKS and GRANT flew on the same airplane from Los Angeles to Miami on August 16, 2022, and back to Los Angeles on August 18, 2022 --- the day before S.R.'s murder.  Records from a rental property show that BANKS' manager, O.A., rented a house in Encino, California from July 1, 2022 to October 1, 2022.  Based on investigators review of photographs of the interior of the Encino rental, I know that video footage from an August 18, 2022 podcast shows the host of the podcast with BANKS, wherein BANKS appears to be inside the Encino house.

f.   On the day of the murder (August 19, 2022),
surveillance video shows T.B., S.R., and others leave their hotel in
Los Angeles and enter a black Cadillac Escalade (the "ESCALADE").
Surveillance video taken from numerous locations throughout Los
Angeles, including T.B.'s hotel and the gas station where the murder
occurred, show that two vehicles followed the ESCALADE for hours
leading up to the shooting.

g.   One vehicle was a white BMW ("Murder Vehicle 1")[5], and
the other was a white Infiniti ("Murder Vehicle 2").  Among other
things, surveillance video from the murder scene shows Murder
Vehicle 2 park in an alley behind the gas station, where three
shooters wearing black masks exit the vehicle (later identified as
JONES, LINDSEY, and Co-Conspirator 2), walk to the gas station, and
then open fire on the ESCALADE.  The shooters then ran back to the
Murder Vehicle 2 and drove away.  Murder Vehicle 1 drove away from
the area just minutes before the shooting.

h.   Approximately 50 minutes after the shooting,
surveillance video from an In-N-Out restaurant in Los Angeles shows
GRANT, JONES, and WILSON arrive in Murder Vehicle 1.  The video also
shows LINDSEY and Co-Conspirator 2 arrive at the In-N-Out in a black
SUV.  Based on a comparison of surveillance video showing the murder
to video from the In-N-Out restaurant, law enforcement identified

---

[5] Based on the investigation, GRANT was the primary driver of
Murder Vehicle 1.  As discussed above, in addition to driving the
vehicle, GRANT took steps to help facilitate the murder, including
booking the hotel room for the hitmen.  Additionally, GPS data
associated with Murder Vehicle 1 shows that the vehicle was parked
outside of a sporting goods store at the approximate time that four
black ski masks matching the appearance of those used by the
shooters were purchased.

that LINDSEY, JONES, and Co-Conspirator 2 were the individuals who opened fire and killed S.R.

  i. A few hours after the shooting, JONES, LINDSEY, WILSON, HOUSTON, and Co-Conspirator 2 boarded a flight from San Diego to Chicago.  Once again, the credit card in the name of Co-Conspirator 3 was used to pay for the one-way tickets.

  **C. BANKS Books Multiple International Flights After Law Enforcement Arrested Multiple Co-Conspirators and Executed Search Warrants at Locations Associated with OTF Members**

  17. I know the following based on my conversations with other law enforcement agents involved in the investigation and my personal involvement in the investigation:

  a. In the early hours of October 24, 2024, law enforcement arrested GRANT, JONES, LINDSEY, WILSON, and HOUSTON, and executed multiple search warrants in the Chicago area, including a warrant to search the home of Co-Conspirator 3.

  b. Shortly after making these arrests and executing the search warrants on October 24, the FBI received notifications from U.S. Customs and Border Protection ("CBP") showing that BANKS had been booked as a passenger on two international flights: (i) a one-way flight from Miami to Dubai, United Arab Emirates ("UAE"),[6] connecting through Doha, Qatar, scheduled to depart the evening of October 24; and (ii) a one-way flight from Fort Lauderdale to Switzerland, connecting via New Jersey, also scheduled to depart the evening of October 24.  BANKS did not board either flight.[7]  At

---

  [6] Based on open-source research, I believe that the UAE does not have a bilateral extradition treaty with the United States.

  [7] "Extradition To and From the United States: Overview of the Law and Contemporary Treaties", Congressional Research Service,

approximately 6:40 p.m. ET, the FBI received an additional CBP notification that BANKS had been booked as a passenger on a private plane departing Miami and destined for Italy, scheduled to depart at approximately 9:00 p.m. ET.

      c.  At approximately 8:00 p.m. ET, BANKS was arrested by law enforcement in the vicinity of the departing airport.

**V.  <u>CONCLUSION</u>**

18.  For all of the reasons described above, there is probable cause to believe that BANKS violated 18 U.S.C. § 1958(a): Conspiracy to Use Interstate Facilities to Commit Murder-For-Hire Resulting in Death.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 24th day of
October, 2024.

_____
HON. STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE

---

available at https://www.everycrsreport.com/files/20161004_98-958_53c6c09c590214876fb5959c6fdb0d78942b5cc6.pdf.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>DURK BANKS, aka "Lil Durk," aka "Mustafa Abdul Malak,"<br><br>DEFENDANT | CASE NUMBER:<br><br><br>**WARRANT FOR ARREST** |

## ADDITIONAL DEFENDANT INFORMATION

| RACE: | SEX: | HEIGHT: | WEIGHT: | HAIR: | EYES: | OTHER: | |
|---|---|---|---|---|---|---|---|

| DATE OF BIRTH:<br><br>10/19/1992 | PLACE OF BIRTH: | SOCIAL SECURITY NO.: | DRIVER'S LICENSE NO. | ISSUING STATE |
|---|---|---|---|---|

| ALIASES: | SCARS, TATTOOS OR OTHER DISTINGUISHING MARKS: | | |
|---|---|---|---|

| AUTO YEAR: | AUTO MAKE: | AUTO MODEL: | AUTO COLOR: | AUTO LICENSE NO.: | ISSUING STATE |
|---|---|---|---|---|---|

| LAST KNOWN RESIDENCE: | LAST KNOWN EMPLOYMENT: |
|---|---|

FBI NUMBER:

ADDITIONAL INFORMATION:

| INVESTIGATIVE AGENCY NAME:<br><br>FBI | INVESTIGATIVE AGENCY ADDRESS: |
|---|---|

NOTES:

# MINUTE ORDER

Page 8

## Magistrate Judge Lisette Marie Reid

**Atkins Building Courthouse - 3rd Floor**      Date: 10/25/24      Time: 1:00 p.m.

Defendant: Durk Banks      J#: 43251-511      Case #: 24-4256-MJ-REID

AUSA: Bryan Dobbins      Attorney: Alek Ubieta (temp)

Violation: CD CA/WARRANT/COMPLAINT/Conspiracy to Commit Murder for Hire Resulting in Death      Surr/Arrest Date: 10/25/24      YOB: 1992

Proceeding: Initial Appearance      CJA Appt:

Bond/PTD Held: ○ Yes  ○ No      Recommended Bond: PTD

Bond Set at: Temporary PTD California      Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs

Language: English

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☐ Other:

Disposition:

Defendant sworn and advised of rights. Counsel file temp appearance

Defendant waived removal

The parties stipulate to PTD with the right to revisit (no hearing held)

Brady Order given

Defendant removed to the Central District of California.

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**    Date:        Time:        Judge:            Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. 13:32:29/13:38:13/13:38:56          Time in Court: 8

s/Lisette Marie Reid                    Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: _24 - 4256 - MJ - Reid_

UNITED STATES OF AMERICA,
         Plaintiff,

                                      **NOTICE OF TEMPORARY
v.                                   APPEARANCE AS COUNSEL**

                Defendant.
_Durk Banks_ /

    COMES NOW _____ _Alek Ubieta_ _____ and

files this temporary appearance as counsel for the above named defendant(s) at initial appearance.

This appearance is made with the **understanding** that the undersigned counsel will fulfill any

**obligations imposed** by the Court such as **preparing and filing documents** necessary to

collateralize any personal surety bond which may be set.

Counsel's Name (**Printed**): _Alek Ubieta_

Counsel's Signature: _____

Address (include City/State/Zip Code):

_333 S.E. 2nd Ave, Suite 3200_
_Miami, FL 33131_

Telephone: _305 - 416 - 6880_      Florida Bar Number: _1039546_

Date: _10/25/24_

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
Case No: 24-4256-MJ-REID

United States of America
     Plaintiff,
v.

Charging District's Case No. $2:24-MJ-6503$

Durk Banks,
     Defendant.
_____/

## WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS

I understand that I have been charged in another district, the **Central District of California.**

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5)     a hearing on any motion by the government for detention;

(6)     request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my rights to: **(check those that apply)**

☐ An identity hearing and production of the warrant.

☐ A preliminary hearing.

☐ A detention hearing in the Southern District of Florida.

☑ An identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 10/25/24

_____
Defendant's Signature

_____
Lisette Marie Reid
United States Magistrate Judge

# United States District Court
## Southern District of Florida
Case No. 24-4256-MJ-REID

UNITED STATES OF AMERICA,

v.

Charging District's Case No. 2:24-MJ-6503

Durk Banks,
(USM# 43251-511)

_____/

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Central District of California.

_Alek Ubieta (temp)_ was appointed to represent

**Defendant for proceedings in this District.**

The defendant remains in custody after the initial appearance in the Southern District of Florida.

**IT IS ORDERED** that the United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

**DONE AND ORDERED** at Miami, Florida on 10/25/24.

_____
Lisette Marie Reid
United States Magistrate Judge