Reset Form

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

## CASE SUMMARY

**F I L E D**
CLERK, U.S. DISTRICT COURT
11/07/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ASI DEPUTY

Case Number: 2:24-cr-00621(A)-MWF-1
Defendant Number: 1
U.S.A. v. Durk Banks
Year of Birth: 1992
[✓] Indictment    [ ] Information
Investigative agency (FBI, DEA, etc.): FBI

NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."

**OFFENSE/VENUE**

a. Offense charged as a:
[ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense
[ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense: August 19, 2022

c. County in which first offense occurred
Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK ALL THAT APPLY):
[✓] Los Angeles      [ ] Ventura
[ ] Orange           [ ] Santa Barbara
[ ] Riverside        [ ] San Luis Obispo
[ ] San Bernardino   [ ] Other

Citation of Offense: 18 U.S.C. § 1958(a); 18 U.S.C. § 924(c), (j)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
[ ] Eastern (Riverside and San Bernardino)  [ ] Southern (Orange)

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
[✓] No    [ ] Yes
If "Yes," Case Number:

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**):

**PREVIOUSLY FILED COMPLAINT/CVB CITATION**
A complaint/CVB citation was previously filed on: 10/24/24
Case Number: 24-MJ-06503-DUTY
Assigned Judge: Hon. Stephanie S. Christensen
Charging: 18 U.S.C. § 1958(a)
The complaint/CVB citation:
[✓] is still pending
[ ] was dismissed on:

**PREVIOUS COUNSEL**
Was defendant previously represented?  [ ] No  [✓] Yes
IF YES, provide Name: Jonathan M. Brayman
Phone Number: 312-360-1001

**COMPLEX CASE**
Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*   [✓] No
Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**SUPERSEDING INDICTMENT/INFORMATION**

IS THIS A NEW DEFENDANT?  [✓] Yes  [ ] No
This is the 1st superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on: 10/17/2024
Case Number 24-621-MWF
The superseded case:
[✓] is still pending before Judge/Magistrate Judge
Hon. Michael W. Fitzgerald
[ ] was previously dismissed on
Are there 8 or more defendants in the superseding case?
[ ] Yes*   [✓] No
Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [✓] No
Was a Notice of Complex Case filed on the Indictment or Information?
[ ] Yes   [✓] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CASE SUMMARY**

**INTERPRETER**

Is an interpreter required?   ☐ YES   ☑ NO

IF YES, list language and/or dialect: _____

**OTHER**

☑ Male   ☐ Female
☑ U.S. Citizen   ☐ Alien

Alias Name(s)   Lil Durk, Blood, Mustafa Abdul Malak

This defendant is charged in:
☐ All counts
☑ Only counts:   1-3

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?   ☐ Yes   ☑ No
IF YES, should matter be sealed?   ☐ Yes   ☐ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud     ☐ public corruption
☐ government fraud               ☐ tax offenses
☐ environmental issues           ☐ mail/wire fraud
☐ narcotics offenses             ☐ immigration offenses
☑ violent crimes/firearms        ☐ corporate fraud
☐ Other _____

**CUSTODY STATUS**

Defendant is **not in custody**:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision?   ☐ Yes   ☐ No
d. Is on bail or release from another district: _____

Defendant is **in custody**:
a. Place of incarceration:   ☐ State   ☑ Federal
b. Name of Institution:   Miami FDC
c. If Federal, U.S. Marshals Service Registration Number: 43251-511
d. ☑ Solely on this charge.  Date and time of arrest:
   10/24/2024
e. On another conviction:   ☐ Yes   ☐ No
   IF YES:   ☐ State   ☐ Federal   ☐ Writ of Issue
f. Awaiting trial on other charges:   ☐ Yes   ☐ No
   IF YES:   ☐ State   ☐ Federal   AND
   Name of Court: _____
   Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.   _____ 20   _____ 21   _____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN: _____

Date   11/6/2024

_Signature_
Signature of Assistant U.S. Attorney
Daniel H. Weiner
Print Name