```
E. MARTIN ESTRADA
United States Attorney
ANNE C. GANNON
Assistant United States Attorney
Chief, Santa Ana Branch Office
GREGORY W. STAPLES (Cal. Bar No. 155505)
Assistant United States Attorney
     United States Courthouse
     411 West Fourth Street
     Santa Ana, California 92701
     Telephone: (714) 338-3500
     Facsimile: (714) 338-3523
     E-mail:    greg.staples@usdoj.gov

Attorneys for Defendant
United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, Plaintiff, v. DURK BANKS, et al., Defendants. | No. CR 24-621(A)-MWF<br><br>**NOTICE OF APPEARANCE** |
|---|---|

Plaintiff, United States of America, hereby advises the court that the newly assigned Assistant United States Attorney ("AUSA") has been added and assigned to the above-captioned case

| **Newly Assigned AUSA** | GREGORY W. STAPLES | greg.staples@usdoj.gov |
|---|---|---|

Please make all necessary changes to the court's Case Management/Electronic Case Filing system to ensure that the

newly added and assigned AUSA is associated with this case and receives all e-mails relating to filings in this case.

Dated:  November 8, 2024        Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

ANNE C. GANNON
Assistant United States Attorney
Chief, Santa Ana Branch Office

 /s/
GREGORY W. STAPLES
Assistant United States Attorney

Attorneys for Defendant
United States of America