Name and address:
Christy O'Connor
The Law Office of Christy O'Connor
360 E. 2nd St., Ste. 800
Los Angeles, CA 90012

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States  Plaintiff(s) | CASE NUMBER  24-cr-621 |
| v. | |
| Durk Banks  Defendant(s). | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Brayman, Jonathan M.
*Applicant's Name (Last Name, First Name & Middle Initial)*

312-360-1001                    312-362-9907
*Telephone Number*              *Fax Number*

jbrayman@breenpughlaw.com
*E-Mail Address*

Breen & Pugh
53 W. Jackson Blvd., Ste. 1550
Chicago, IL 60604
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Durk Banks
*Name(s) of Party(ies) Represented*

☐ *Plaintiff(s)*   ☐ *Defendant(s)*   ☐ *Other:* _____

and designating as Local Counsel

O'Connor, CHristy C.
*Designee's Name (Last Name, First Name & Middle Initial)*

250350            3237165959         n/a
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

christy@christyoconnorlaw.com
*E-Mail Address*

The Law Office of Christy O'Connor
360 E. 2nd St., Ste. 800
Los Angeles, CA 90012
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
          ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
          ☐ for failure to complete Application: _____
          ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
          ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
          ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____                    _____
                                          **U.S. District Judge/U.S. Magistrate Judge**