Christy O'Connor (Bar No. 250350)
The Law Office of Christy O'Connor
360 E. 2nd St., Ste. 800
Los Angeles, CA 90012

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States<br><br>v.<br>Plaintiff(s)<br><br>Durk Banks<br>Defendant(s). | CASE NUMBER<br>24-cr-621-MWF<br><br>(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Findling, Drew
*Applicant's Name (Last Name, First Name & Middle Initial)*

404-460-4500
*Telephone Number*    *Fax Number*

drew@findlinglawfirm.com
*E-Mail Address*

of The Findling Law Firm
Bldg. 15
3575 Piedmont Road NE Suite 1010
Atlanta, GA 30305
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Durk Banks

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff(s)*    ☒ *Defendant(s)*    ☐ *Other:*

and designating as Local Counsel

O'Connor, Christy C.
*Designee's Name (Last Name, First Name & Middle Initial)*

250350         323-716-5959
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

christy@christyoconnorlaw.com
*E-Mail Address*

of The Law Office of Christy O'Connor
360 E. 2nd St., Ste. 800
Los Angeles, CA 90012
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge