UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – ARRAIGNMENT

| | |
|---|---|
| Case No. 2:24-cr-00621-MWF-6 | Date: 11/14/2024 |
| Present: The Honorable: Patricia Donahue, United States Magistrate Judge | |
| Interpreter N/A | Language N/A |

| Isabel Verduzco | 11/14/2024 | Danny Weiner |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s) ✓ Present  In Custody | Attorneys for Defendants: ✓ Present  Retained |
|---|---|
| Durk Banks | Christy O'Connor |

**Proceedings: Arraignment of Defendant and/or**   ✓ Assignment of Case   Appointment of Counsel
Initial Appearance

* Defendant states true name is the name on the charging document.
* Defendant is arraigned under name on charging document.
* Defendant acknowledges having read the charging document and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the charging document.
* This case is assigned to Judge Michael W. Fitzgerald.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 1/7/2025 8:30 AM;
Status Conference: 11/25/2024 3:00 PM
* Judge Fitzgerald is located in 5A, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

| cc: | PSALA | PSAED | PSASA | Initial Appearance/Appointment of Counsel: 00 : 00 |
|---|---|---|---|---|
| | ✓ USMLA | USMED | USMSA | Arraignment: 00 : 25 |
| | Statistics Clerk | | Interpreter | Initials of Deputy Clerk: IV by TRB |
| | CJA Supervising Attorney | | Fiscal | |