Christy O'Connor (Bar No. 250350)
The Law Office of Christy O'Connor
360 E. 2nd St., Ste. 800
Los Angeles, CA 90012

NOV 14 2024

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 24-cr-621-MWF |
| v. | |
| Durk Banks | DESIGNATION AND APPEARANCE OF COUNSEL |
| DEFENDANT(S). | |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint _Christy O'Connor_, Esquire, as my attorney to appear for me throughout all proceedings in this case.

_11/14/24_
Date

X _[signature]_
Defendant's Signature

_Los Angeles, CA_
City and State

## APPEARANCE OF COUNSEL

I, _Christy O'Connor_ Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

_11/14/24_
Date

_[signature]_
Attorney's Signature

_250350_
California State Bar Number

_360 E. 2nd St., Ste. 800_
Street Address

_Los Angeles, CA 90012_
City, State, Zip Code

_323-716-5959_        _n/a_
Telephone Number      Fax Number

_Christy@christyoconnorlaw.com_
E-mail Address

CR-14 (01/07)        DESIGNATION AND APPEARANCE OF COUNSEL