1 | E. MARTIN ESTRADA
United States Attorney
2 | MACK E. JENKINS
Assistant United States Attorney
3 | Chief, Criminal Division
IAN V. YANNIELLO (Cal. Bar No. 265481)
4 | Assistant United States Attorney
Chief, Terrorism and Export Crimes Section
5 |     1500 United States Courthouse
    312 North Spring Street
6 |     Los Angeles, California 90012
    Telephone: (213) 894-3667
7 |     Facsimile: (213) 894-0141
    E-mail:   ian.yanniello@usdoj.gov
8 |
Attorneys for Plaintiff
9 | UNITED STATES OF AMERICA

10 | UNITED STATES DISTRICT COURT

11 | FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 | UNITED STATES OF AMERICA,    No. CR 24-621(A)-MWF

13 |        Plaintiff,    NOTICE OF APPERANCE

14 |           v.

15 | DURK BANKS et. al.,

16 |

17 |        Defendants.

18 |     Plaintiff, United States of America, hereby advises the Court

19 | that the Assistant United States Attorney ("AUSA") is also

20 | representing the United States of America in the above-captioned

21 | case.

22 |

|  | Name | E-Mail Address |
|---|---|---|
| Newly Assigned AUSA | Ian V. Yanniello | ian.yanniello@usdoj.gov |

24 |

25 | //

26 | //

27 | //

28 | //

1    Please make all necessary changes to the Court's Case

2  Management/Electronic Case Filing system to ensure that the newly

3  assigned AUSA is associated with this case and receives all e-mails

4  relating to filings in this case.

5  Dated: December 3, 2024          Respectfully submitted,

6                                   E. MARTIN ESTRADA
                                     United States Attorney
7
                                     MACK E. JENKINS
8                                    Assistant United States Attorney
                                     Chief, Criminal Division
9

10                                   /S/
                                     _____
                                     IAN V. YANNIELLO
11                                   Assistant United States Attorney

12                                   Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2