AUSA Ian V. Yanniello (Cal Bar No. 265481)
312 North Spring Street
Los Angeles, California 90012
Email: ian.yanniello@usdoj.gov
Phone: 213-894-3667; Fax: 213-894-0141

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 24-621(A)-MWF-6 |
| v. | |
| Durk Banks | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually [✓] Filed [ ] Lodged: **(List Documents)**

Ex Parte Sealing Application and Proposed Order; Under Seal Document (With Service to Appropriate Party)

**Reason:**
[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

| 12/12/2024 | /s/ Ian V. Yanniello |
|---|---|
| Date | Attorney Name |
| | United States of America |
| | Party Represented |

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    **NOTICE OF MANUAL FILING OR LODGING**