| | |
|---|---|
| 1 | DREW FINDLING |
| 2 | MARISSA GOLDBERG<br>The Findling Law Farm PC<br>3575 Piedmont Road |
| 3 | NE Tower 15, Suite 1010<br>Atlanta, GA 30305 |
| 4 | Telephone: (404) 460-4500<br>Email: drew@findlinglawfirm.com |
| 5 | |
| 6 | JONATHAN M. BRAYMAN<br>Breen & Pugh |
| 7 | 53 W. Jackson Blvd., Suite #1550<br>Chicago, IL 60604 |
| 8 | Telephone: (312) 360-1001<br>Email: jbrayman@breenpughlaw.com |
| 9 | CHRISTY O'CONNOR (Bar No. 250350) |
| 10 | The Law Office of Christy O'Connor<br>360 East 2nd Street, Suite 800 |
| 11 | Los Angeles, California 90012<br>Telephone: (323) 716-5959 |
| 12 | Email: christy@christyoconnorlaw.com |
| 13 | Attorneys for Defendant<br>DURK BANKS |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>    v.<br><br>DURK BANKS,<br><br>        Defendant. | Case No. 2:24-cr-00621-MWF<br><br>**DURK BANKS'S NOTICE OF FILING OF EXHIBITS IN SUPPORTS OF REQUEST FOR PRETRIAL RELEASE; EXHIBITS** |

Durk Banks, through his attorneys, Drew Findling, Marissa Goldberg, Jonathan M. Brayman, and Christy O'Connor, hereby files the following exhibits referenced at the December 12, 2024 detention hearing: Exhibit A: flight records; and Exhibit B: Neighborhood Heroes Foundation Annual Report, 2023; Exhibit C: affidavit and accompanying screenshots of timestamps.

Respectfully submitted,

DATED: December 15, 2024    By _/s/ Christy O'Connor_
                              Attorney for Durk Banks