# EXHIBIT A



7:32



United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# FESQ2N

Flight 1 of 3
UA2304

Class: United Economy (B)

Thu, Oct 24, 2024
12:47 PM
Fort Lauderdale, FL, US (FLL)

Thu, Oct 24, 2024
03:48 PM
New York/Newark, NJ, US (EWR)

Flight 2 of 3
UA134

Class: United Premium Plus (R)

Thu, Oct 24, 2024
06:15 PM
New York/Newark, NJ, US (EWR)

Fri, Oct 25, 2024
08:15 AM
Zürich, CH (ZRH)

Flight 3 of 3 UA9732

Class: Economy (Y)

Fri, Oct 25, 2024
12:40 PM
Zürich, CH (ZRH)

Fri, Oct 25, 2024
09:05 PM
Dubai, AE (DXB)

Flight Operated by SWISS International Airlines



7:33

Flight 2 of 3
UA134

Class: United Premium Plus (R)

Thu, Oct 24, 2024
06:15 PM
New York/Newark, NJ, US (EWR)

Fri, Oct 25, 2024
08:15 AM
Zürich, CH (ZRH)

Flight 3 of 3 UA9732

Class: Economy (Y)

Fri, Oct 25, 2024
12:40 PM
Zürich, CH (ZRH)

Fri, Oct 25, 2024
09:05 PM
Dubai, AE (DXB)

Flight Operated by SWISS International Airlines.

If this is an originating flight on your itinerary, please check in at the SWISS INTERNATIONAL ticket counter.

Traveler Details

BANKS/DURK
eTicket number:
0162430892098

Seats: FLL-EWR          14F
       EWR-ZRH  23F
       ZRH-DXB  -----

VOKER/VONTRELL
eTicket number:
0162430892099

Seats: FLL-EWR          14E
       EWR-ZRH  23D
       ZRH-DXB  -----

Purchase Summary

# EXHIBIT B



ANNUAL REPORT

2023



*Welcome to*

# Neighborhood Heroes Foundation

Neighborhood Heroes is a registered community-focused, 501C3 nonprofit organization founded by Music Artist, Lil Durk. Our mission is to empower and collaborate with everyday Heroes who are taking the lead to make positive change in the lives of those within under-resourced neighborhoods across the nation.

Neighborhood Heroes believe that collaboration is not about an option to choose, but necessity to strengthen the efficiencies and effectiveness of tackling pressing issues and generate a better impact for a better world. We understand that collaboration and strategic partnership is fundamental to improving outcomes.



## Our *vision*

Shaping the future by helping individuals and organizations work together to accomplish common goals that support the overall health, vitality and inclusivity of the place they call "home"

## Our *mission*

To empower and collaborate with everyday Heroes who are taking the lead to make a positive difference in the lives of those within under-resourced neighborhoods.

3



*A message from* | **Our Founder**

# LIL DURK

As the founder of Neighborhood Heroes, I am very proud to report the big moves we've made towards our mission over these past few years. My team has been in the trenches "rolling up their sleeves" and putting in the necessary work to further our impact.

While we've accomplished great work in neighborhoods throughout the country, there's so much more that has to get done. By listening to the needs of the people we serve and collaborating with community partners, we'll continue to make meaningful and lasting impact.

I am confident that with dedication and smart work, Neighborhood Heroes will continue to make positive social change.

Let's get it,

*Lil Durk*

Lil Durk
The Voice of the Streets

*A message from* | **Our Executive Director**



## KEVIN W. FREEMAN

Dear Valued Supporters,

As we reflect on the past years of our foundation's efforts, we are filled with immense gratitude for each and every one of you. Your unwavering support and generosity have allowed us to make a difference in the lives of countless individuals and neighborhoods.

Through our programs, events, and partnerships, we have been able to address critical issues and provide life-changing services to those in need. From education and training to advocacy and outreach, our team has worked tirelessly to fulfill our mission and vision.

We couldn't have done any of this without the dedication of our amazing volunteers and staff, who have put their hearts and souls into every project and initiative.

So today, we say thank you. Thank you for being a part of our journey and for believing in our cause. We are excited for the future and look forward to continuing to make a positive impact with your support.

Sincerely,

*Kevin W. Freeman*

**Kevin W. Freeman, MHA**
*Executive Director*



# A message from

**Our Chairman of the Board**

## MARK T. CAMPBELL, D.SC.

Dear Friends:

I hope this message finds you well. I am excited to share with you our Annual Report and express my profound appreciation for your unwavering dedication and support. In a year marked by uncertainty and change, you have continually rallied alongside us, committed to our shared mission of transforming neighborhoods into safer, more nurturing spaces for everyone. The past year has seen us forge impactful partnerships and launch successful initiatives that have resonated deeply within our communities. Through our collaboration with Champs Mentoring and Phalynx Family Services, we've expanded our influence and enhanced the outcomes of our mission. Our students have had the unique opportunity to experience the enriching world of academia through our HBCU College Tour, visiting esteemed institutions like Morehouse College and Talladega College and gaining insight into future career paths with organizations such as the Atlanta Hawks and NASCAR.

What's more, we have had the honor of awarding two promising students $50,000 scholarships each, supporting their dreams to attend Howard University. Our commitment to education was further demonstrated by a $250,000 donation to Howard's Grace Grant, extending a lifeline to more students in need.

Please take a moment to review the attached Annual Report. You'll find a detailed account of our activities, accomplishments, financial health, and a comprehensive plan for the year ahead. By reading it, I hope you gain a deeper understanding of our mission and feel inspired to become even more involved.

Your continued support is vital for us to maintain our momentum and achieve our ambitious goals. While financial contributions provide essential resources, volunteering your time and skills or simply spreading the word about our work can make a profound difference. Now more than ever, we need dedicated individuals like you to join us, whether by volunteering at events, donating to our cause, or advocating for our mission within your networks.

As we gaze towards the horizon, our attention is on fostering community sustainability by improving outcomes one block at a time. Each project, each initiative, is another brick in the path toward creating vibrant, safe, and inclusive communities. Our "Green Our Blocks" initiative, promoting sustainable practices, and our "Safe Streets" program, striving for safer environments, are just a couple of ways we are driving transformation.

We stand at a crossroads, teeming with opportunity and potential. With your continued support, we can continue our mission and build neighborhoods where every individual thrives. Our journey is far from over, and we need you with us every step of the way.

**Let's continue this journey together.**

Thank you for standing with the Neighborhood Heroes Foundation.

With sincere gratitude,

*Mark T. Campbell*

**Mark T. Campbell, D. Sc.**
*Chairman, Board of Directors*

9

# Our *framework*

As Neighborhood Heroes Foundation (NHF) reimagines the future of sustainable communities, we envision an archetype that is designed to be interdependent, and once deployed will deliver collective impact. The social challenges that often disenfranchise communities that are rife with promise must be met with counter-intuitive solutions that can be scaled over time.

NHF is excited to introduce the Kaleidoscope Community, the progeny of micro-sustainability. The design build is comprised of a quadrant priority focus (outlined below) that reestablishes social infrastructure and supports present and future Social Equity Activation (SEA) as we pave the way to sustainable futures.



KALEIDOSCOPE
C O M M U N I T Y

# PAVE THE WAY FOR

# NEIGHBORHOOD

The focus is to create vibrant, safe, and inviting neighborhoods that are complete in services and facilities, affordable, and accessible to all; neighborhoods with identities rooted in local history and culture; and neighborhoods where livability is the product of engaged stakeholders.

P A V E   T H E   W A Y   F O R



PROSPERITY

The focus is to create equitable access to quality education and emerging career pathways, a developing workforce to support the increasing quality job market, and entrepreneurial innovation and small business start-ups and incubation that align with the eccentrics of the community.

9

PAVE THE WAY FOR

# HEALTH & WELL-BEING

The focus is to create equitable health outcomes based on accessible, affordable health care; increasing access to mental health services; increase access to affordable, local, fresh food; remediated toxic environments that compromise air quality and increase environmental health risks, while prioritizing public safety.

PAVE THE WAY FOR

*Emerging Leaders*

The focus is to ensure the next generation thought leaders have exposure to traditional and non-traditional college and career opportunities, while highlighting emerging markets that can influence future success trajectories and are calling for increased diversity.



# NHF IS LEADING THROUGH
## COLLABORATIONS

We believe that true leaders work with, and through, others to create impact. We are passionate about learning and strive to be courageous, yet humble, thought leaders. Of the many outreach and service efforts, NHF relies on collaborations and partnerships from corporations and businesses that have the commitment to give back to the community. Here are examples of some of the many successful collaborations NHF has executed.

**IMPACT:**

Served 200 frontline workers

**$7k** Estimated value









# FEEDING COVID-19 FRONTLINE WORKERS

In April 2020, NHF partnered with the Phlavz Restaurant during the height of the pandemic to provide complimentary hot meals for COVID-19 frontline workers at Mercy Hospital & Medical Center in Chicago, Illinois. The purpose of the surprise meal drop off was to express gratitude, boost morale, meet practical needs, promote community support, encourage collaboration, and spread positivity and hope. It was a tangible and meaningful way to support those on the frontlines and acknowledge their exceptional efforts during an unprecedented crisis.

13







**IMPACT:**

Served 100 kids with new shoes and sporting apparel.

**$20k** Estimated in-kind value

## 2020 NHF x JD Sports Holiday Kicks Virtual Shopping Spree

NHF collaborated with JD Sports for the Holiday Kicks Virtual Shopping Spree in Atlanta, Georgia. Recipients of the shopping spree were members of the Salvation Army Bellwood Boys & Girls Club of Atlanta. The purpose of organizing a virtual shopping spree was to provide less fortunate kids with an opportunity to experience the joy of shopping for new items while meeting their basic needs and boosting their self-esteem.





**IMPACT:**

Provided school supplies, electronics, personal hygiene, clothing, food, and accessories for 8k households within the Englewood neighborhood.

**$35k** Estimated value

# ENGLEWOOD COMMUNITY BACK-TO-SCHOOL BLOCK PARTY

August 2020, NHF designed and orchestrated a block party to create a positive and engaging environment that brought together the school community and fostered a sense of excitement, unity, and support for the upcoming Chicago Public School academic year.

# THAT HARPER KID FOUNDATION BACK-TO-SCHOOL FAIR

NHF collaborated with That Harper Kid Foundation's 2020 Annual Back-to-School Fair at Kenwood Highschool in Chicago, Illinois. THK Foundation was founded by WNBA player, Linna Harper as our partnership secured a variety of educational, healthcare, and social services that engaged and served the Hyde Park-Kenwood neighborhood on the south side of Chicago, Illinois.





## IMPACT:

The Back-to-School Fair impacted 69,168 residents within the Hyde Park Kenwood neighborhood as they had access to a wide range of services and resources that catered to the needs and interests of the community members.

## $60k Estimated value





# THE HOUSTON CLEAN WATER DISTRIBUTION

March 2021, NHF partnered with the city of Houston to orchestrate a city-wide water distribution due to the arctic winter storm crisis that caused water to shut off for a week. Residents of Houston did not have access to clean, safe, and reliable water supply due to water lines being disrupted by the storm. The lack of access to water caused a significant impact on public health, sanitation, hygiene, and daily life activities. NHF purchased 26 pallets of water which contributed to the water distribution.





IMPACT:

NHF purchased 26 pallets of Nestle Pure Life water which benefited 1,800 families.

## $22k Estimated value

17







IMPACT:

100
Chicago Public
School students

$8k Estimated value

# CHICAGO CROSS-TOWN CLASSIC 2021

NHF partnered with the Chicago Cubs during Major League Baseball's Cross-Town Classic against the Chicago White Sox at Wrigley Field in Chicago, Illinois. Lil Durk threw out the honorary first pitch where he received loud cheers from a group of Chicago Public School kids that received complimentary tickets to the highly anticipated game.

These students attending the baseball game created a positive impact as the experience provided them with recreation and entertainment, promoting sportsmanship and teamwork, building a passion for sports, facilitating learning of rules and strategy, offering role models and inspiration, fostering social interaction and community engagement, promoting cultural and historical appreciation, and providing an opportunity to enjoy the outdoors.




**IMPACT:**

Served 100 youth.

The collaborative provided a wide range of benefits for their physical, social, and emotional well-being.

**$10k** Estimated in-kind value





# NHF x Columbia Sportswear: Project Summer Camp Heroes

In October, 2021, NHF partnered with Columbia Sportswear to provide the Salvation Army's Bellwood Boys & Girls Club of Atlanta with summer camp essentials. The mission of the camp was to provide a safe, fun, and educational outdoor experience for youth, where they can discover the wonders of nature and develop new skills, cultivate lasting friendships, and create lifelong memories.











IMPACT:

Served 3,500 families with essential services and resources.

**$200k**
Estimated in-kind value

# BLACK VILLAGE FOUNDATION'S CHI GIVING TURKEY & FOOD GIVEAWAY

November 2021, NHF collaborated with Black Village Foundation for their CHI Giving Turkey & Food Giveaway at Leo High school on the south side of Chicago, Illinois. The purpose of having a Thanksgiving food giveaway was to provide support, assistance, and nourishment to individuals and families who may have experienced food insecurity or financial challenges during the Thanksgiving holiday.









# DURK'S COLLEGE & CAREER READINESS COHORT KICKOFF DAY @ THE PARK

May of 2022 was a hit when NHF partnered with the Chicago White Sox to kickoff Durk's College & Career Readiness Cohort at Guaranteed Rate Field. The foundation invited a group of students selected from our partner organizations, Phalanx Family Services and Champs Male Mentoring. The program is designed to provide students with the necessary skills and knowledge to prepare them for success in college and in their future careers. The program is to better equip students for the challenges and opportunities that lie ahead.



IMPACT:
Served 30 youth
$10k Estimated value







**IMPACT:**

Retail price per bottle $6.99.
29,000 bottles

## $202,711

**Estimated in-kind value**

# NHF COMBATTING COVID WITHIN CORRECTIONAL FACILITIES

In May 2022, NHF partnered with Chicago Votes to deliver and distribute 29,000, 16oz bottles of hand sanitizer to the Illinois Department of Corrections. During the early stages of the COVID-19 pandemic, prisons and correctional facilities were considered to be high-risk environments due to their confined spaces and close living quarters. Inmates and prison staff had a higher risk of exposure to the virus, and there were outbreaks reported in various prisons throughout the United States.





IMPACT:

# $30k

Estimated value

# NHF 2022 Thanksgiving Feeding the Streets Service Project

NHF in partnership with Boston Market provided and delivered 5k hot meals to families during Thanksgiving to help provide a warm and nutritious meal to those throughout the Chicagoland area who may not be able to afford or may be struggling during the holiday season.

This act of kindness brought joy and comfort to families who may be experiencing food insecurity or financial hardships. Additionally, it created a sense of community and connectedness by bringing people together to give and receive support.

# Game Changers: Exploring Careers in the National Hockey League

On February 16, 2023 the foundation is thrilled to report the incredible impact made during the Black History Month career day celebration with the Chicago Blackhawks. We had the privilege of providing exposure for 30 students from our College & Career Readiness Cohort to the United Center, where they had a unique opportunity to learn about the National Hockey League and its various career possibilities.

The Chicago Blackhawks generously provided a panel of discussion led by their Executive team, including the presence of their President, Danny Wirtz. This allowed the students to gain insights into the business side of the organization and the career paths available within the NHL.

In addition to the discussion panel, the students were treated to a guided tour of the stadium, giving them a behind-the-scenes look at the inner workings of a professional hockey arena. This experience was undoubtedly a once-in-a-lifetime opportunity for many of the students.

To top it all off, the students were able to watch the thrilling match, Arizona Coyotes vs the Chicago Blackhawks from the comfort of two sky box suites. Witnessing the game live and being surrounded by the excitement of the crowd added to the overall experience and left a lasting impression on our students.





**IMPACT:**
**Served 30 youth**
**$10k** Estimated value

24

# Durk's College & Career Readiness Cohort: Campus Tours

NHF rolled out their Durk's College & Career Readiness Cohort during the Fall semester of 2022 (Morehouse College - Atlanta, Georgia and Talladega College - Talladega, Alabama) in partnership with NASCAR, Atlanta Hawks and Pepsi Co.

Spring semester of 2023 (Howard University - Washington, DC) in partnership with Amazon Music Rotation and Marc Jacobs.

The purpose of a college and career readiness cohort for Black high school students is to provide them with the necessary skills, knowledge, and resources to successfully navigate the transition from high school to college or career. By participating in the cohort, students can develop a deeper understanding of their post-secondary options, identify their strengths and interests, and create an actionable plan for achieving their future goals.

Additionally, the cohort provides students with networking opportunities, job shadowing experiences, and exposure to various industries, all of which can enhance their employability and help them make informed decisions about their future. Ultimately, Durk's college and career readiness cohort helps high school students achieve their full potential and maximize their opportunities for success in the future.









IMPACT:

Served 50 Youth

$230k Estimated value

($100K being scholarships)

# *OUR CORE VALUES*

Create equitable economic opportunities. We believe it is our responsibility to fight to ensure that communities across the nation have access to a level economic playing field. We are committed to providing opportunities and delivering measurable, transformative impact.

## Lead through collaborations.

We believe that true leaders work with, and through, others to create impact. We are passionate about learning and strive to be courageous, yet humble, thought leaders.

## Transform through innovation.

We believe in taking risks, being open to the unexpected and demonstrating unwavering commitment to solving problems that affect the communities we serve. We develop and deliver creative solutions that transform the system from the inside-out to improve lives, communities, our work and our industry.

## Excel in all we do.

We believe that we should be uncompromising in our pursuit of excellence. We have high standards and will accept nothing less than striving to be the best we can be.

## Act with integrity.

We believe in holding each other to the highest moral and ethical standards, not compromising truth. We will authentically treat everyone with respect and embrace diversity in our organization and the communities we serve.

# TEAM

## BOARD OF DIRECTORS:

**Durk "Lil Durk" Banks**
Platinum Recording Artist
Founder

**Mark Campbell, D.Sc**
Senior Director Information Technology
Chairman of the Board

**Eboni Vaughn, CPA**
Management Consultant, Financial Operations
Treasurer of the Board

**Rob Kennedy**
Organizational Strategist
Secretary of the Board

**Carlos Butler Vale**
Vice President Diversity, Equity & Inclusion
Board of Directors

## EXECUTIVE TEAM:

**Kevin W. Freeman, MHA**
Executive Director

**Darnell Johnson**
Chief Sustainability Officer

**Darrow Alexander**
Creative Director



# Our *partners*

Thank you to our valued corporate and community partners who have generously supported Durk's Neighborhood Heroes Foundation. Your partnership has been instrumental in our mission to empower and uplift our local community.

Together, we are making a lasting impact by fostering positive change and creating a better future for all. We are grateful for your unwavering support and dedication to our cause.

| | | |
|---|---|---|
| Amazon Music Rotation | Chicago Votes | Omega Psi Phi Fraternity, Inc |
| Atlanta Hawks | Columbia Sportswear | Pepsi Co. |
| Black Village Foundation | Focus for Health | Phalanx Family Services |
| Boston Market | Howard University | Strengthening our Community Alliance |
| Brand Jordan | JD Sports | Talladega College |
| Champs Male Mentoring | Marc Jacobs | That Harper Kid |
| Chicago Cubs | Morehouse College | The Salvation Army Boys & Girls Clubs of Greater Atlanta |
| Chicago Blackhawks | NASCAR | |
| Chicago White Sox | NBC 5 Chicago | |





Millennium Park Plaza

The financial impacts listed within this annual report have been reviewed by Porte Brown Accounting firm.

# EXHIBIT C

## DECLARATION OF JUSTIN GIBSON

I, Justin Gibson, declare as follows:

1. I am a producer and sound engineer and I have been working with Mr. Banks since 2021 in a professional capacity. I make this declaration in support of Mr. Banks. I have personal knowledge of the matters set forth in this declaration and am willing and available to testify regarding the below at an evidentiary hearing set by this Court.

2. I am known professionally as "jusvibes." I have been working with Mr. Banks since 2021 when we met at a recording studio operated by Sony Music, formerly known as Triangle Sound Studios in Atlanta, Georgia. At that time, I was honored to work with him and we have maintained a successful working relationship since then. I am his main sound engineer. Since 2021, we have recorded several albums and high-charting records.

3. On January 25, 2022, I had a recording session with Mr. Banks, where we recorded the song "Wonderful Wayne & Jackie Boy," which at the time we called "2 Toxic." I loaded the song up around 5:39 pm. Mr. Banks then wrote the verse right there in the studio and we recorded the song and finished in less than an hour.

4. Once we recorded the song, I "bounced out" a rough draft (saved a copy in audio format) and named it "TOXIC (BABYFACE FT LIL DURK)" at 6:33 pm. After that, we continued with the rest of the session.

5. Attached to this affidavit are screenshots of timestamps on the original project file, the audio file I received, and the saved version of the file.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at 2:13 p on 12/10            , 2024

_____
Justin Gibson

Notary:    Alexis Levine
          NOTARY PUBLIC
          DeKalb County, GEORGIA



Shows that producer received the song at 5:39 pm.



Shows that the file was edited at 6:33/6:34.



Shows the total time of session was 1:32-7:21 pm when file was finalized.