E. MARTIN ESTRADA
United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
IAN V. YANNIELLO (Cal. Bar No. 265481)
GREGORY W. STAPLES (Cal. Bar No. 155505)
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorneys
    1400/1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3667/3535/0813
    Facsimile: (213) 894-0142
    E-mail:   ian.yanniello@usdoj.gov
                gregory.staples@usdoj.gov
                daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>DURK BANKS,<br>  aka "Lil Durk,"<br>  aka "Blood,"<br>  aka "Mustafa Abdul Malak,"<br>KAVON LONDON GRANT,<br>  aka "Cuz,"<br>  aka "Vonnie,"<br>DEANDRE DONTRELL WILSON,<br>  aka "DeDe,"<br>KEITH JONES,<br>  aka "Flacka,"<br>DAVID BRIAN LINDSEY,<br>  aka "Browneyez," and<br>ASA HOUSTON,<br>  aka "Boogie,"<br><br>        Defendants. | No. CR 24-621(A)-MWF<br><br>[PROPOSED] ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>DEFENDANTS BANKS and WILSON<br><br>**[PROPOSED] TRIAL DATE:** 10/14/2025<br><br>DEFENDANTS GRANT, JONES, LINDSEY, AND HOUSTON<br><br>**[PROPOSED] TRIAL DATE:** 10/14/2025 |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of

Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on December 31, 2024.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; (iii) the case is so unusual and so complex, due to the nature of the prosecution and the number of defendants that it is unreasonable to expect preparation for pre-trial proceedings or for the trial itself within the time limits established by the Speedy Trial Act; and (iv) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Objecting defendant ASA HOUSTON ("defendant HOUSTON") is joined for trial with codefendants as to whom the time for trial has not run and no motion for severance has been granted.  Pursuant to 18 U.S.C. § 3161(h)(6), the time period of January 14, 2025, through October 14, 2025, inclusive, constitutes a reasonable period of delay for defendant HOUSTON, who is joined for trial with codefendants as to whom the time for trial has not run and no motion for severance has been granted.

///

///

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from January 7, 2025 to October 14, 2025, as to defendants DURK BANKS ("defendant BANKS") and DEANDRE DONTRELL WILSON ("defendant WILSON"), and from January 14, 2025 to October 14, 2025, as to defendants KAVON LONDON GRANT ("defendant GRANT"), KEITH JONES ("defendant JONES"), defendant DAVID BRIAN LINDSEY ("defendant LINDSEY"), and defendant HOUSTON. The Court sets the following briefing schedule for all motions other than motions *in limine*: a motions hearing date of August 11, 2025; motions to be filed by June 30, 2025; oppositions to such motions to be filed by July 14, 2025; and any reply briefs to be filed on or before July 28, 2025.

2. The time period of January 7, 2025, to October 14, 2025, inclusive, as to defendants BANKS and WILSON, and the time period of January 14, 2025, to October 14, 2025, inclusive, as to defendants GRANT, JONES, LINDSEY, and HOUSTON, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), (h)(7)(B)(iv), and (h)(6).

3. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of

///
///
///

additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

_____     _____
DATE                             HONORABLE MICHAEL W. FITZGERALD
                                 UNITED STATES DISTRICT JUDGE

Presented by:

     /s/
_____
DANIEL H. WEINER
Assistant United States Attorney