E. MARTIN ESTRADA
United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
IAN V. YANNIELLO (Cal. Bar No. 265481)
GREGORY W. STAPLES (Cal. Bar No. 155505)
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorneys
        1400/1500 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-3667/3535/0813
        Facsimile: (213) 894-0142
        E-mail:    ian.yanniello@usdoj.gov
                   gregory.staples@usdoj.gov
                   daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 24-621(A)-MWF |
|---|---|
| Plaintiff, | ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| DURK BANKS,<br>  aka "Lil Durk,"<br>  aka "Blood,"<br>  aka "Mustafa Abdul Malak," | DEFENDANTS BANKS and WILSON<br>Current Trial Date: 1/7/2025 |
| KAVON LONDON GRANT,<br>  aka "Cuz,"<br>  aka "Vonnie," | DEFENDANTS GRANT, JONES, LINDSEY, AND HOUSTON<br>Current Trial Date: 1/14/2025 |
| DEANDRE DONTRELL WILSON,<br>  aka "DeDe," | **NEW TRIAL DATE (All Defendants):**<br>10/14/2025 at 8:30 a.m. |
| KEITH JONES,<br>  aka "Flacka,"<br>DAVID BRIAN LINDSEY,<br>  aka "Browneyez," and<br>ASA HOUSTON,<br>  aka "Boogie," | |
| Defendants. | |

        The Court has read and considered the Stipulation Regarding

Request for (1) Continuance of Trial Date and (2) Findings of

Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on December 31, 2024.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; (iii) the case is so unusual and so complex, due to the nature of the prosecution and the number of defendants that it is unreasonable to expect preparation for pre-trial proceedings or for the trial itself within the time limits established by the Speedy Trial Act; and (iv) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Objecting defendant ASA HOUSTON ("defendant HOUSTON") is joined for trial with codefendants as to whom the time for trial has not run and no motion for severance has been granted.  Pursuant to 18 U.S.C. § 3161(h)(6), the time period of January 14, 2025, through October 14, 2025, inclusive, constitutes a reasonable period of delay for defendant HOUSTON, who is joined for trial with codefendants as to whom the time for trial has not run and no motion for severance has been granted.

///

///

THEREFORE, FOR GOOD CAUSE SHOWN:

1.    The trial in this matter is continued from January 7, 2025 to October 14, 2025, at 8:30 a.m., as to defendants DURK BANKS ("defendant BANKS") and DEANDRE DONTRELL WILSON ("defendant WILSON"), and from January 14, 2025 to October 14, 2025, at 8:30 a.m., as to defendants KAVON LONDON GRANT ("defendant GRANT"), KEITH JONES ("defendant JONES"), defendant DAVID BRIAN LINDSEY ("defendant LINDSEY"), and defendant HOUSTON.  The Court sets the following briefing schedule for all motions other than motions *in limine*: a motions hearing date of August 11, 2025; motions to be filed by June 30, 2025; oppositions to such motions to be filed by July 14, 2025; and any reply briefs to be filed on or before July 28, 2025.

2.    The time period of January 7, 2025, to October 14, 2025, inclusive, as to defendants BANKS and WILSON, and the time period of January 14, 2025, to October 14, 2025, inclusive, as to defendants GRANT, JONES, LINDSEY, and HOUSTON, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), (h)(7)(B)(iv), and (h)(6).

3.    Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of

///

///

///

3

1   additional time periods from the period within which trial must
2   commence.
3       IT IS SO ORDERED.
4
5   _January 2, 2025_____        _____
6    DATE                             MICHAEL W. FITZGERALD
                                      United States District Judge
7   Presented by:
8   ____/s/_____
9    DANIEL H. WEINER
     Assistant United States Attorney
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28