# Exhibit 1

## DECLARATION OF JUSTIN GIBSON

I, Justin Gibson, declare as follows:

1. I am a producer and sound engineer and I have been working with Mr. Banks since 2021 in a professional capacity. I make this declaration in support of Mr. Banks. I have personal knowledge of the matters set forth in this declaration and am willing and available to testify regarding the below at an evidentiary hearing set by this Court.

2. I am known professionally as "jusvibes." I have been working with Mr. Banks since 2021 when we met at a recording studio operated by Sony Music, formerly known as Triangle Sound Studios in Atlanta, Georgia. At that time, I was honored to work with him and we have maintained a successful working relationship since then. I am his main sound engineer. Since 2021, we have recorded several albums and high-charting records.

3. On January 25, 2022, I had a recording session with Mr. Banks, where we recorded the song "Wonderful Wayne & Jackie Boy," which at the time we called "2 Toxic." I loaded the song up around 5:39 pm. Mr. Banks then wrote the verse right there in the studio and we recorded the song and finished in less than an hour.

4. Once we recorded the song, I "bounced out" a rough draft (saved a copy in audio format) and named it "TOXIC (BABYFACE FT LIL DURK)" at 6:33 pm. After that, we continued with the rest of the session.

5. Attached to this affidavit are screenshots of timestamps on the original project file, the audio file I received, and the saved version of the file.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at 2:13p on 12/10, 2024

_____
Justin Gibson

Notary: Alexis Levine
NOTARY PUBLIC
DeKalb County, GEORGIA

# Exhibit 2

## DECLARATION OF AHMAD SHARIF

I, Ahmad Sharif, do hereby declare, certify and verify, under penalty of perjury, the following:

1. My name is Ahmad Sharif. I am 24 years old. My date of birth is January 5, 2001.

2. I am the founder and CEO of Ur World Music, Inc., based primarily out of Detroit, Michigan.

3. I have personal knowledge of the facts stated herein and, if called upon, could and would competently testify thereto.

4. I have worked as a music producer and audio engineer for artists including Babyface Ray and Lil Durk.

5. My work with Babyface Ray includes, but is not limited to, producing songs for Babyface Ray's album *Mob* and serving as a sound engineer for the song "Reaper" for the original motion picture soundtrack for *Fast X* (the tenth installment of *the Fast & the Furious* series).

6. I received Durk Banks' verse and lyrics for "Wonderful Wayne & Jackie Boy" from Justin Gibson, p/k/a "jusvibes" on July 22, 2022.

7. After July 22, 2022, I received no other additional lyrics or modifications to the original lyrics from Durk or anyone in Durk's camp.

8. Thereafter, I incorporated Durk's verse into the track and finalized the track on my end on August 23, 2022.

9. I have reviewed certain YouTube links[1] concerning the song "Wonderful Wayne & Jackie Boy."

10. As a producer and audio engineer who worked on "Wonderful Wayne & Jackie Boy," I can confirm that the audio and video clips featuring audio of an individual yelling "no" reportedly from a news clip, are not from the original recording as referenced in paragraph 8.

11. These clips appear to be "fan edits" specifically for social media platforms, such as TikTok, and are altered, fabricated, and inauthentic versions of the original song.

12. The original, authentic version of the song does not contain these manipulated elements.

13. Creating altered audio edits is easy to do through social media platforms, and such practices often result in misinformation and misrepresentation of original pieces of music and art.

I declare under penalty of perjury that the foregoing is true and correct.

AFFIANT FURTHER SAYETH NAUGHT.

Executed at __5:00PM__ on __4/17__, 2025

_____
AHMAD SHARIF

---

[1] https://www.youtube.com/shorts/AOwEMNg1v2s
https://www.youtube.com/shorts/rVCdjb5VkZo



LADONN.MANUEL-WALLACE
Notary Public - State of Michigan
County of Oakland
My Commission Expires Sep 29, 2029
Acting in the County of Oakland

**INDIVIDUAL ACKNOWLEDGMENT**

State/Commonwealth of **Michigan**

County of **Oakland** } ss.

On this the **17th** day of **April**, **2025**, before me, **LaDonn Manuel-Wallace**, the undersigned Notary Public,

personally appeared **Ahmad Sharif**,

Name(s) of Signer(s)

☐ personally known to me – **OR** –

☐ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same for the purposes therein stated.

WITNESS my hand and official seal.

_Signature of Notary Public_

LADONN MANUEL-WALLACE
Notary Public - State of Michigan
County of Oakland
My Commission Expires Sep 29, 2029
Acting in the County of **Oakland**

Place Notary Seal/Stamp Above

LaDonn Manuel-Wallace

Any Other Required Information
(Printed Name of Notary, Expiration Date, etc.)

--- **OPTIONAL** ---

*This section is required for notarizations performed in Arizona but is optional in other states. Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____   Number of Pages: _____

Signer(s) Other Than Named Above: _____

©2023 National Notary Association

M1304-07 (09/23)
Used for states (AL, AZ, CO, CT, DE, GA, IA, ID, IL, IN, KS, KY, LA, MD, ME, MI, MN, MS, MT, NC, ND, NE, NH, NJ, NM, OK, OR, RI, SC, SD, TN, VA, VT, WV, WI, WY)