Name & Address:

Christy O'Connor (Bar No. 250350)
The Law Office of Christy O'Connor
360 E. 2nd St., Ste. 800
Los Angeles, CA 90012
christy@christyoconnorlaw.com; (323) 716-5959

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 24-cr-621-MWF |
| v. | |
| Durk Banks, | NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142) |
| DEFENDANT. | |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☑ is approved. The matter is set on calendar for hearing before:

☐ District Judge _____

☑ Magistrate Judge Patricia Donahue

on May 8, 2025 at 9:30 ☑ a.m. ☐ p.m.

in courtroom 580.

☐ is not approved.

☑ Other: Government opposition to be filed by April 28, 2025. Defense reply to be filed by May 2, 2025.

An interpreter is ☐ required ☑ is not required. Language _____
Defendant is ☑ in custody ☐ not in custody.

Clerk, U. S. District Court

| April 23, 2025 | /s/ Isabel Verduzco | 213-894-8958 |
|---|---|---|
| Date | Deputy Clerk | Contact Phone Number |

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc: ☐ Probation ☐ Interpreter's Office ☑ PSA