BILAL A. ESSAYLI
United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorneys
Chief, Criminal Division
IAN V. YANNIELLO (Cal. Bar No. 265481)
GREGORY W. STAPLES (Cal. Bar No. 155505)
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorneys
    1400/1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3667/3535/0813
    Facsimile: (213) 894-0142
    E-mail:   ian.yanniello@usdoj.gov
               gregory.staples@usdoj.gov
               daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>DURK BANKS,<br>  aka "Lil Durk,"<br>  aka "Mustafa Abdul Malak,"<br>  aka "Blood,"<br><br>        Defendant. | No. CR 24-621(B)-MWF-6<br><br>SUPPLEMENT TO THE GOVERNMENT'S OPPOSITION TO DEFENDANT BANKS' APPLICATION FOR RECONSIDERATION OF DETENTION ORDER<br><br>Hearing Date: May 8, 2025<br>Courtroom: Hon. Patricia Donahue |
|---|---|

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Ian V. Yanniello, Gregory W. Staples, and Daniel H. Weiner, hereby files this supplement to its opposition to defendant's application seeking reconsideration of this Court's detention order (Dkt. 140).

//
//

This filing is based upon the attached memorandum of points and authorities, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: May 2, 2025                    Respectfully submitted,

                                      BILAL A. ESSAYLI
                                      United States Attorney

                                      LINDSEY GREER DOTSON
                                      Assistant United States Attorney
                                      Chief, Criminal Division


                                       _/s/_____
                                      IAN V. YANNIELLO
                                      GREGORY W. STAPLES
                                      DANIEL H. WEINER
                                      Assistant United States Attorneys

                                      Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA

**MEMORANDUM OF POINTS AND AUTHORITIES**

On May 1, 2025, the grand jury returned a Second Superseding Indictment (the "SSI") charging defendant Banks and his co-conspirators with crimes arising from the August 2022 murder of S.R., including an additional charge of Stalking Resulting in Death, in violation of 18 U.S.C. §§ 2261A(2)(A), (B), 2261(b)(1).

Defendant Banks has presented a false narrative that he is being prosecuted and detained because of his violent lyrics.  This claim is, and has always been, baseless.  The SSI contains no allegations about defendant's lyrics.  Instead, *just like every iteration of the indictment before it*, the SSI contains significant allegations that show defendant's alleged role in the execution-style murder of S.R. on a busy street corner in Los Angeles.  These allegations and the other evidence the Court considered during defendant's December 2024 detention hearing leave no doubt that defendant is an ongoing danger to witnesses and the community, and a flight risk.  He should remain detained pending trial.