DREW FINDLING (GA. BAR NO. 260425)
MARISSA GOLDBERG (GA. BAR NO. 672798)
THE FINDLING LAW FIRM PC
3575 PIEDMONT ROAD
NE TOWER 15, SUITE 1010
ATLANTA, GA 30305
TELEPHONE: (404) 460-4500
EMAIL: DREW@FINDLINGLAWFIRM.COM; MARISSA@FINDLINGLAWFIRM.COM

JONATHAN M. BRAYMAN (IL. BAR NO. 6302461)
BREEN & PUGH
53 W. JACKSON BLVD., SUITE 1550
CHICAGO, IL 60604
TELEPHONE: (312) 360-1001
EMAIL: JBRAYMAN@BREENPUGHLAW.COM

CHRISTY O'CONNOR (BAR NO. 250350)
THE LAW OFFICE OF CHRISTY O'CONNOR
360 EAST 2ND STREET, SUITE 800
LOS ANGELES, CALIFORNIA 90012
TELEPHONE: (323) 716-5959
EMAIL: CHRISTY@CHRISTYOCONNORLAW.COM

ATTORNEYS FOR DEFENDANT
DURK BANKS

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>    v.<br><br>DURK BANKS,<br><br>    Defendant. | Case No. 2:24-cr-00621-MWF<br><br>**DEFENDANT DURK BANKS' UNOPPOSED REQUEST FOR ADDITIONAL TIME TO SUBMIT HIS REPLY IN SUPPORT OF HIS APPLICATION FOR RECONSIDERATION OF DETENTION ORDER** |

Defendant Durk Banks, through his attorneys, Drew Findling, Marissa Goldberg, Jonathan M. Brayman, and Christy O'Connor, hereby files this unopposed request for a brief extension of time to submit his reply in support of his application for reconsideration

of the detention order in this matter. The grounds for this unopposed request are as follows:

1. On April 23, 2025, this Court granted a hearing on Mr. Banks' Application for Reconsideration of the Detention Order and set a briefing schedule with Mr. Banks' reply to the government's response due on today's date. (Doc. 139).

2. At the end of the day yesterday, one day before the defendant's reply was due, the government informed defense counsel through e-mail correspondence that they had gone back to the grand jury and re-indicted the case in a second superseding indictment against Mr. Banks.

3. The government provided a copy of the new indictment to undersigned counsel on today's date. In the second superseding indictment, the government has chosen to: (1) remove the allegations regarding Mr. Banks' lyrics previously included in ¶ 6 of the first superseding indictment; (2) remove an allegation regarding the payment of a "bounty" previously included in ¶ 9 of the first superseding indictment; and (3) added an additional charge of stalking resulting in death under 18 U.S.C. §§ 2261A(2)(A), (B), 2261(b)(1).

4. As this Court is aware, both from the initial detention hearing and the current briefing on Mr. Banks' application for reconsideration of the detention order, the government's allegations regarding Mr. Banks' lyrics have been a hotly contested issue currently before this Court. It appears that the government has conceded the issue, but the re-indictment of this case raises new factual and legal issues.

5. Based on the above, Mr. Banks respectfully requests that this Court give him a brief extension of time to file his reply so that he and his counsel can review this new indictment and respond as necessary and appropriate.

6. Mr. Banks requests that he be permitted to file his reply on or before Tuesday, May 6, 2025.

7. Undersigned counsel has communicated with counsel for the government and they have indicated that they do not object to this request.

Respectfully submitted,

Dated: May 2, 2025  BY:  /s/ *Marissa Goldberg*
Drew Findling
Marissa Goldberg
Jonathan M. Brayman
Christy O'Connor

*Attorneys for Durk Banks*