UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DURK BANKS<br><br>Defendant. | CASE NO. 2:24-CR-00621-MWF<br><br>ORDER GRANTING DEFENDANT BANK'S REQUEST FOR ADDITIONAL TIME TO FILE HIS REPLY IN SUPPORT OF HIS APPLICATION FOR RECONSIDERATION OF DETENTION ORDER |

The Court has read and considered the unopposed request for additional time to file his reply in support, filed by defendant Durk Banks in this matter on May 2, 2025. The court hereby orders that the defendant's reply brief be filed by **May 6, 2025**.

IT IS SO ORDERED.

Dated: May 5, 2025

*PATRICIA DONAHUE*

_____
HON. PATRICIA DONAHUE
United States Magistrate Judge