UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – ARRAIGNMENT**

Case No. 2:24-cr-00621-(B)-MWF-1              Date: 05/08/2025

Present: The Honorable: Patricia Donahue, United States Magistrate Judge

Interpreter N/A                                Language N/A

| Isabel Verduzco | CS 05/08/2025 | Daniel Weiner / Gregory Staples |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

U.S.A. v. Defendant(s)  ✓ Present  In Custody          Attorneys for Defendants:  ✓ Present  Retained

Durk Banks                                          Christy O'Connor / Drew Findling / Jonathan Breyman

Proceedings: Arraignment of Defendant and/or    ✓ Assignment of Case    Appointment of Counsel
                                                   Initial Appearance

* Defendant states true name is the name on the charging document.
* Defendant is arraigned under name on charging document.
* Defendant acknowledges having read the charging document and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the charging document.
* This case is assigned to Judge Michael W. Fitzgerald.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 10/14/2025 8:30 AM;
Motion Hearing: 06/02/2025 1:30 PM
* Judge Fitzgerald is located in 5A, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:  PSALA       PSAED       PSASA           Initial Appearance/Appointment of Counsel: 00 : 00
   ✓ USMLA       USMED       USMSA                              Arraignment: 00 : 10
     Statistics Clerk         Interpreter                Initials of Deputy Clerk: IV by TRB
     CJA Supervising Attorney  Fiscal