Name & Address:

Christy O'Connor (Bar No. 250350)
The Law Office of Christy O'Connor
360 E. 2nd St., Ste. 800
Los Angeles, CA 90012
(323) 716-5959

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br><br>DURK BANKS<br><br>DEFENDANT. | CASE NUMBER<br><br>2:24-cr-621-MWF-6<br><br>NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION,<br>(18 U.S.C. §3142) |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☑ is approved. The matter is set on calendar for hearing before:

☑ District Judge  Michael W. Fitzgerald

☐ Magistrate Judge

on  June 2, 2025                                   at  1:30        ☐ a.m.  ☑ p.m.

in courtroom  5A  .

☐ is not approved.

☑ Other:  the USPPO Officer is ordered to be present at the hearing.

An interpreter is  ☐ required  ☑ is not required.  Language _____
Defendant is  ☑ in custody  ☐ not in custody.

Clerk, U. S. District Court

| May 14, 2025 | Rita Sanchez | |
|---|---|---|
| Date | Deputy Clerk | Contact Phone Number |

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc:  ☑ Probation  ☐ Interpreter's Office  ☑ PSA.