**Rush University System for Health**
**Rush University Medical Center**
Professional Office Building
1725 West Harrison Street
Suite 364
Chicago, IL 60612

Tel: 312.942.8579
Fax: 312.942.2055
Omar_Lateef@rush.edu
rush.edu

# ⊕ RUSH

**Dr. Omar Lateef**
**Rush University System for Health**
President and Chief Executive Officer
**Rush University Medical Center**
President and Chief Executive Officer
**Rush University**
Stuart Levin, MD, Presidential Professor
Professor, Critical Care Medicine

June 2, 2025

To: Judge W. Fitzgerald

Dear Honorable Judge Fitzgerald,

I hope this message finds you well. I am writing to share my experiences working with Mustafa Abdul Malik, also known as Little Durk, over the past several years. I met him through his charitable foundation, Neighborhood Heroes, and have been deeply impressed by the mission, vision, and values that he champions.

While many in his position might become absorbed by the luxuries that fame and fortune can bring, Mustafa has instead chosen a path of faith and purpose. From our first meeting, it was clear that his focus was not on music, but on a profound desire to embrace faith, submission to God, and uplift his community by creating opportunities he lacked during his upbringing.

The only present I saw him embrace was prayer mats, and the only party I watched him put together was a day of prayer for his birthday. He brings together people in prayer, creates opportunities for people, and I have personally watched him motivate youth to achieve greatness.

I believe when people use their influence for good, now more than ever, we must support that effort. Mustafa is driven to lead by example and show that obtaining education is the goal as he was working to obtain his GED.

Mustafa Abdul Malik is the example of human growth, and leadership. I believe that in life we must invest in people like him who represent hope for the future.

Mustafa Abdul Malik will drive meaningful change in this world in the future. He is motivated by God and is mission driven to lead a beautiful and positive change. It is an honor to share my experiences in working with him.

Respectfully,

*[signature]*

Dr. Omar Lateef
Stuart Levin, MD Presidential Professor of Rush University
Professor, Critical Care Medicine
President and Chief Executive Officer
Rush System for Health and Rush University Medical Center
Chicago, Illinois