# EXHIBIT 1

Case 2:24-cr-00621-MWF    Document 228-1    Filed 10/06/25    Page 1 of 4   Page ID #:1379



# Office of the Attorney General
## Washington, D. C. 20530

ORDER NO. 6347-2025

### APPOINTMENT OF BILAL A. ESSAYLI AS SPECIAL ATTORNEY AND DESIGNATION AS FIRST ASSISTANT UNITED STATES ATTORNEY FOR THE CENRAL DISTRICT OF CALIFORNIA

By virtue of the authority vested in the Attorney General by law, including 28 U.S.C. § 509, 510, and 515, I hereby appoint Bilal A. Essayli as a Special Attorney and designate him as First Assistant United States Attorney for the Central District of California, effective upon his resignation as United States Attorney for the Central District of California. As First Assistant United States Attorney, Mr. Essayli will have authority to serve as Acting United States Attorney upon a vacancy in that office, subject to the conditions and time limitations of the Federal Vacancies Reform Act of 1998, 5 U.S.C. §§ 3345-3349d.

_____7/29/25_____
Date

_____
Pamela Bondi
Attorney General

# EXHIBIT 2



# United States Department of Justice

## United States Attorney's Office
## Central District of California

*BILAL A. ESSAYLI*
*United States Attorney*

*1200 United States Courthouse*
*312 North Spring Street*
*Los Angeles, California 90012*

July 29, 2025

Attorney General Pam Bondi
United States Department of Justice
Robert F. Kennedy Building, Room 5111
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

Dear Attorney General Bondi:

I hereby resign my position as Interim United States Attorney for the Central District of California effective at 5:00 p.m. PDT today, July 29, 2025.

I look forward to continuing to lead the U.S. Attorney's Office for the Central District of California.

Thank you.

Sincerely,

BILAL A. ESSAYLI
United States Attorney