FILED
CLERK, U.S. DISTRICT COURT
Oct 6, 2025
CENTRAL DISTRICT OF CALIFORNIA
BY: DD DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
September 8, 2025
CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE RECUSAL OF THE DISTRICT JUDGES OF THE CENTRAL DISTRICT OF CALIFORNIA | ORDER OF THE CHIEF JUDGE 25-126 |

Defendants with criminal cases pending in the Central District of California have filed motions to dismiss the indictment and disqualify Acting United States Attorney Bilal A. Essayli. To avoid any appearance of bias or partiality,

**IT IS HEREBY ORDERED** that all district judges of the United States District Court for the Central District of California shall be recused from hearing motions concerning the disqualification of Acting United States Attorney Bilal A. Essayli.

**IT IS FURTHER ORDERED** that all motions concerning the disqualification of Acting United States Attorney Bilal A. Essayli shall be transferred to the Honorable J. Michael Seabright of the United States District Court for the District of Hawaii in accordance with the Honorable Mary H. Murguia's designation order.

DATED: September 8, 2025

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE