DREW FINDLING
MARISSA GOLDBERG
The Findling Law Firm PC
3575 Piedmont Road
NE Tower 15, Suite 1010
Atlanta, GA 30305
Telephone: (404) 460-4500
Email: drew@findlinglawfirm.com

JONATHAN M. BRAYMAN
Breen & Pugh
53 W. Jackson Blvd., Suite 1550
Chicago, IL 60604
Telephone: (312) 360-1001
Email: jbrayman@breenpughlaw.com

CHRISTY O'CONNOR (Bar No. 250350)
The Law Office of Christy O'Connor
360 East 2nd Street, Suite 800
Los Angeles, California 90012
Telephone: (323) 716-5959
Email: christy@christyoconnorlaw.com

Attorneys for Defendant
DURK BANKS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>    v.<br><br>DURK BANKS,<br><br>    Defendant. | Case No. 2:24-cr-00621-MWF<br><br>**[PROPOSED] ORDER RE DEFENDANT DURK BANKS' EX PARTE APPLICATION TO FILE OVERSIZED MEMORANDUM** |

Having considered defendant Durk Banks' ex parte application to file an oversized memorandum, and good cause appearing, the Court ORDERS that Mr. Banks has leave to file an oversized memorandum in support of Mr. Banks' Motion in Limine to Exclude Government's Proposed FRE 404(b) Evidence.

//

//

IT IS SO ORDERED.

Dated: November ___, 2025

_____
HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED.

Dated: November ___, 2025

_____
HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE