# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID CERVANTES, JAMES PEREZ, GEORGE FRANCO, TRINIDAD MARTINEZ, and GUILLERMO SOLORIO<br><br>　　　　Defendants. | **Case No.:** CR 21–328 YGR<br><br>**ORDER MODIFYING PRETRIAL SCHEDULE**<br><br>**Court:**　　　Courtroom 1, 4th Floor |

After this Court continued the trial date to June 3, 2024, the parties met and conferred and propose the below pretrial schedule:[1]

| Event | Deadline/Date |
|---|---|
| Gov't Discovery Cutoff Deadline (Discovery produced thereafter shall be excluded absent good cause) | **January 2, 2024**<br><br>Proposed deadline five months before trial is one month longer than previously set. |
| Motion to Suppress Wiretap | Mot. re TT13, 17, 19, 21-23: October 18, 2023 (Dkt. 962)<br>Mot. re TT16: November 6, 2023 (Dkt. 1000)<br>**Omnibus Opp'n: November 15, 2023**<br>**Omnibus Reply: December 7, 2023**<br>**Hearing: December 14, 2023, 9 a.m.** |
| *Hearing on Motion to Suppress Wiretap* | **December 14, 2023, 9 a.m.** |
| Status Conference | **January 11, 2024, 9 a.m.**<br><br>Proposed date supplants date for original First Pretrial Conference at Dkt. 910 at 4. |
| Motion to Suppress Non-Wiretap Evidence,<br>Motion to Dismiss,<br>Motion Alleging Defects in Indictment | **Mot.: January 11, 2024**<br>**Opp'n: February 8, 2024**<br>**Reply: February 22, 2024**<br>**Hearing: March 7, 2024, 9 a.m.** |
| AEO De-Designation,<br>Jencks Act Disclosures | **April 1, 2024**<br><br>Proposed date maintains Court's prior order of disclosure 60 days before trial. |
| *Hearing on Motion to Suppress* | **March 7, 2024, 9 a.m.** |

---

[1] At the status conference, defendant Guillermo Solorio once again objected to moving the trial date back and the exclusion of time under the Speedy Trial Act. 18 U.S.C. § 3161. The Court overruled that objection and, at the request of his co-defendants and the government, moved the trial back to June 3, 2024, and excluded time under the Speedy Trial Act until that date. The Court overruled that objection for the same reasons it has previously: The Court is warranted in maintaining a joint trial in this complex RICO case for co-defendants where the government has represented that overlapping evidence would be significant and the exclusion is warranted by the ends of justice. *Id.* § 3161(h)(6). (Dkt. No. 662.)

| Event | Deadline/Date |
|---|---|
| *Non-Wiretap Evidence, Motion to Dismiss, Motion Alleging Defects in Indictment* | |
| Proposed Additions to the Standard Survey Monkey Questionnaire | **March 1, 2024** |
| *Status Conference* | **March 7, 2024**, 9 a.m.<br><br>Proposed date supplants date for original Third Pretrial Conference at Dkt. 910 at 3. |
| Motions in Limine, *Daubert* Motions | **Mot.: March 14, 2024**<br>**Opp'n: April 4, 2024**<br>**Reply: April 18, 2024**<br>**Hearing: May 2, 2024**, 9 a.m. |
| Joint Pretrial Conference Statement, Proposed Jury Verdict Form, Proposed Jury Instructions, Proposed Jury Questionnaires | **April 22, 2024** |
| *Second Pretrial Conference* | **May 2, 2024, 9 a.m.** |
| *Third Pretrial Conference* | **May 23, 2024, 9 a.m.** |
| *Jury Trial* | **June 3, 2024, 8 a.m.** |

//

ORDER MODIFYING PRETRIAL SCHEDULE
*CERVANTES*, CR 21–328 YGR

3

IT IS SO STIPULATED.

DATED: November 13, 2023

Respectfully submitted,

THOMAS A. COLTHURST
Chief, Criminal Division

*Leif Dautch*
MARJA-LIISA OVERBECK
LEIF DAUTCH
Assistant United States Attorney

DATED: November 13, 2023

*Lisa Ma*
JOHN PAUL REICHMUTH
LISA MA
*Counsel for Defendant Cervantes*

DATED: November 13, 2023

*Shawn Halbert*
SHAWN HALBERT
ERIK BABCOCK
*Counsel for Defendant Perez*

DATED: November 13, 2023

*Marsanne Weese*
MARSANNE WEESE
*Counsel for Defendant Franco*

DATED: November 13, 2023

*Joseph Abrams*
JOSEPH ABRAMS
*Counsel for Defendant Martinez*

IT IS SO ORDERED.

November 27, 2023
Dated

YVONNE GONZALEZ ROGERS
United States District Judge

ORDER MODIFYING PRETRIAL SCHEDULE
*CERVANTES*, CR 21–328 YGR

4