# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 24-621(B)-MWF -- 06 |
|---|---|
| Plaintiff, | **ORDER GRANTING DEFENDANT DURK BANKS' EX PARTE APPLICATION TO FILE OVERSIZED MEMORANDUM [238]** |
| v. | |
| DURK BANKS, | |
| Defendant. | |

The Court has considered Defendant Durk Banks' Ex Parte Application to File Oversized Memorandum (the "Application"). (Docket No. 238). For good cause shown, the Application is GRANTED. Defendant may file an oversized memorandum in support of his Motion in Limine to Exclude Government's Proposed FRE 404(b) Evidence.

IT IS SO ORDERED.

Dated: October 7, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge