# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DURK BANKS, <br><br> Defendant. | Case No. CR 24-621(B)-MWF -- 06 <br><br> **ORDER GRANTING DEFENDANT DURK BANKS' MOTION TO ADOPT [232]** |

The Court has considered Defendant Durk Banks' Motion to Adopt. (Docket No. 232). For good cause shown, the Motion to Adopt is GRANTED. The Motion to Dismiss Count 4 filed by Co-Defendant Asa Houston (Docket No. 226), is deemed adopted by Defendant Durk Banks.

IT IS SO ORDERED.

Dated: October 7, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge