CRAIG A. HARBAUGH (Bar No. 194309)
HARBAUGH LAW, PC
360 E. 2nd Street, Suite 800
Los Angeles, California 90012
Tel:   (213) 986-8656
Email: craig@harbaugh.law

Attorney for Defendant
DEANDRE WILSON

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  *Plaintiff*,<br><br>v.<br><br>DEANDRE WILSON,<br>  *Defendant*. | No. 2:24-cr-00621-MWF-3<br><br>DEFENDANT WILSON'S JOINDER IN CO-DEFENDANT DURK BANKS' OPPOSITION TO GOVERNMENT'S MOTION TO EMPANEL AN ANONYMOUS JURY |

**TO THE HONORABLE COURT:**

Defendant Deandre Wilson, by and through his counsel of record, Craig A. Harbaugh, hereby joins Defendant Banks' Opposition to Government's Motion to Empanel Anonymous Jury (ECF 275).

Mr. Wilson joins in the opposition on the grounds set forth therein and adopts by reference the legal arguments and factual assertions as they apply to him. Joinder is proper as the issues raised in the opposition are equally applicable to Mr. Wilson.

///

///

///

1

Mr. Wilson reserves the right to supplement further argument or evidence in support of the motion, either independently or in conjunction with his co-defendants, and to be heard at oral argument.

Respectfully submitted,

Dated: November 3, 2025  */s/ Craig A. Harbaugh*
CRAIG A. HARBAUGH
Attorney for Deandre Wilson