UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES—GENERAL**

| Case No. | CR 24-00621-MWF-6 | Date | November 3, 2025 |
|---|---|---|---|

| Present: The Honorable | J. MICHAEL SEABRIGHT, UNITED STATES DISTRICT JUDGE | Page | 1 of 1 |
|---|---|---|---|

| Interpreter | N/A |
|---|---|

| Derek Davis | None Present | None Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | Appt. | Ret. |
|---|---|---|---|---|---|---|---|
| Durk Banks | NOT | | | None Present | | | |

**Proceedings:  (IN CHAMBERS) ORDER**

On October 6, 2025, Defendant Durk Banks filed a Motion to Dismiss the Indictment and to Disqualify Based on the Unlawful Designation of Bilal A. Essayli as U.S. Attorney for the Central District of California.  *See* ECF No. 228.  On October 7, 2025, the court stayed consideration of that Motion pending a decision on similar Motions to Dismiss and to Disqualify in three other cases, *United States v. Ramirez*, Case No. 5:25-cr-264-SSS, *United States v. Garcia*, Case No. 2:25-cr-655-MEMF, and *United States v. Rojas*, Case No. 22-cr-573-FWS.  *See* ECF No. 243.  On October 28, 2025, the court ruled in a consolidated order on those similar Motions.  *See United States v. Ramirez*, --- F. Supp. 3d ---, 2025 WL 3019248 (C.D. Cal. Oct. 28, 2025).  The court is inclined to rule the same way on Defendant Banks' Motion and simply refer to the *Ramirez* Order for the court's reasoning.

Defendant Banks, however, may file an optional statement limited to seven pages explaining why the court would not be bound by its ruling in *Ramirez*.  That is, Defendant Banks is allowed to explain how his particular case is distinguishable from the ruling in *Ramirez* (but may not attempt to re-argue the findings or conclusions the court made in *Ramirez*).  Such a statement is due by **November 14, 2025**.  If Defendant Banks files a statement, the court will decide whether to request a response from the government.

**IT IS SO ORDERED.**

cc: DMG_Chambers