UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES—GENERAL

| Case No. | CR 24-00621-MWF-6 | Date | December 16, 2025 |
|---|---|---|---|
| Present: The Honorable | J. MICHAEL SEABRIGHT, UNITED STATES DISTRICT JUDGE | Page | 1 of 1 |

| Interpreter | N/A | | |
|---|---|---|---|
| Derek Davis | None Present | None Present | |
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* | |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | Appt. | Ret. |
|---|---|---|---|---|---|---|---|
| Durk Banks | NOT | | | None Present | | | |

**Proceedings:  (IN CHAMBERS) ORDER**

On October 6, 2025, Defendant Durk Banks filed a Motion to Dismiss and to Disqualify Based on Unlawful Designation of Bilal A. Essayli as U.S. Attorney ("Motion to Disqualify").  See ECF No. 228.  Meanwhile, on October 28, 2025, the court denied similar motions to disqualify in United States v. Ramirez, Case No. 5:25-cr-264-SSS, United States v. Garcia, Case No. 2:25-cr-655-MEMF, and United States v. Rojas, Case No. 22-cr-573-FWS.  See United States v. Ramirez, --- F. Supp. 3d ---, 2025 WL 3019248 (C.D. Cal. Oct. 28, 2025), reconsideration denied (December 12, 2025).

On November 3, 2025, the court gave Defendant Banks an opportunity to file an optional statement indicating why the court should not deny the Motion to Disqualify for the same reasons given in Ramirez.  See ECF No. 284.  Defendant Banks did not file such a statement.  See ECF No. 300.  And, on December 12, 2025, the court denied a motion for reconsideration in Ramirez.

Now that the court has denied a motion for reconsideration in Ramirez, the court DENIES Defendant Banks' Motion to Disqualify, ECF No. 228.  That is, given Ramirez, there is no reason to dismiss Banks' indictment.  And Mr. Essayli may continue to supervise Banks' prosecution in his role as Special Attorney and the First Assistant United States Attorney for the Central District.

**IT IS SO ORDERED.**

cc: DMG Chambers