# EXHIBIT A

# [SUBMITTED UNDER SEAL]