# EXHIBIT B

# [SUBMITTED UNDER SEAL]