# EXHIBIT C

# [SUBMITTED UNDER SEAL]