# DECLARATION OF ERIK NIELSON

I, Erik Nielson, declare as follows:

1. I am currently a professor at the University of Richmond as well as the Chair of the Department of Liberal Arts and have been employed at the University as a professor since 2011 and have taught more than a dozen classes over the last fourteen years.

2. I also am a member of the graduate faculty as well as the Ph.D. Committee Chair in the Department of Sociology and Criminology at Howard University and have held this position since 2024.

3. Prior to the University of Richmond, I had an additional eight years of professorial experience at the Northern Virginia Community College where I left as the Assistant Dean of English.

4. The primary focus of my scholarship and expertise is African American literature, the history and evolution of hip-hop music and culture generally, and rap music specifically.

5. I have authored numerous peer-reviewed publications, co-authored two books ("Rap on Trial: Race, Lyrics and Guilt in America" and "The Hip Hop & Obama Reader"), and have testified with expert designation in rap music and lyrics in courts of various jurisdictions (including District Courts within the 9th Circuit).

6. I have had an opportunity to review the notices sent by the government to the defense regarding their proposed music and lyrics evidence and the associated briefing of the parties. I have reviewed the substance of the proposed evidence including music videos, audio, and lyrics.

7. I have the opinion that the proposed evidence is of similar type, content, and substance as a large percentage of music produced by other artists in the same genre as the defendants. Language that is purported to be of particular

significance by the government, specifically language surrounding "opps" or "rap beefs," the use of words for firearms and depictions of violence, are common, commercial and widespread.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at  Richmond, VA                              on  January 23                    , 2026

                                             *Erik Nielson*

                                             Erik Nielson