Christy O'Connor (Bar No. 250350)
The Law Office of Christy O'Connor
360 E. 2nd St., Ste. 800
Los Angeles, CA 90012
christy@christyoconnorlaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States<br>Plaintiff(s)<br>v.<br>Durk Banks<br>Defendant(s) | CASE NUMBER<br>24-cr-621-MWF<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

☒ The Court hereby orders that the request of:

Durk Banks  ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

☒ to substitute  Brian Steel  who is

☒ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

The Steel Law Firm, P.C., 1800 Peachtree Street, NW, Ste. 300
*Street Address*

Atlanta, GA 30309  thesteellawfirm@msn.com
*City, State, Zip*  *E-Mail Address*

(404) 605-0023   pro hac vice app. pending
*Telephone Number*  *Fax Number*  *State Bar Number*

as attorney of record instead of  Jonathan M. Brayman
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby** ☐ GRANTED  ☐ DENIED

☐ The Court hereby orders that the request of  Jonathan M. Brayman
*List **all** attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for  Durk Banks
**is hereby** ☐ GRANTED  ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated _____

_____
U. S. District Judge/U.S. Magistrate Judge

G–01 ORDER (02/24)  (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY