Christy O'Connor (Bar No. 250350)
The Law Office of Christy O'Connor
360 E. 2nd St., Ste. 800
Los Angeles, CA 90012
christy@christyoconnorlaw.com
(323) 716-5959

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES | CASE NUMBER |
|---|---|
| Plaintiff(s) | 24-cr-621-MWF |
| v. | |
| DURK BANKS | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Steel, Brian                                                    of    The Steel Law Firm, P.C.
*Applicant's Name (Last Name, First Name & Middle Initial)*           1800 Peach Tree St., NW
(404) 605-0023        (404) 352-5636                                  Suite 300
*Telephone Number*     *Fax Number*                                   Atlanta, GA 30309
thesteellawfirm@msn.com
*E-Mail Address*                                                      *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Durk Banks

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

and designating as Local Counsel

O'Connor, Christine Carr                                        of    The Law Office of Christy O'Connor
*Designee's Name (Last Name, First Name & Middle Initial)*            360 E. 2nd St., Ste. 800
  250350          (323) 716-5959          N/A                         Los Angeles, CA 90012
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
christy@christyoconnorlaw.com
*E-Mail Address*                                                      *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
           ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           ☐ for failure to complete Application: _____
           ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
           ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
           ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:**  ☐ be refunded   ☐ not be refunded.

Dated _____                                                  _____
                                                                **U.S. District Judge/U.S. Magistrate Judge**