# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br>v.<br>DURK BANKS,<br><br>Defendant(s). | CASE NUMBER<br><br>CR 24-621(B)-MWF - 06<br><br>**ORDER ON REQUEST FOR APPROVAL OF WITHDRAWAL OF ATTORNEY** |

☐ The Court hereby orders that the request of:

_____   ☐ Plaintiff ☐ Defendant ☐ Other  _____
Name of Party

☐ to substitute _____ who is
☐ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

_____
Street Address

_____                    _____
City, State, Zip                                          E-Mail Address

_____    _____    _____
Telephone Number       Fax Number        State Bar Number

As attorney of record instead of _____
List **all** attorneys from same firm or agency who are withdrawing.

**Is hereby** ☐ **GRANTED**   ☐ **DENIED**

☒ The Court construes the Request for Approval of Substitution of Counsel as a Request for Approval of Withdrawal of Counsel. IT IS HEREBY ORDERED that the request of **Jonathan M. Brayman** to withdraw as attorney of record for **Defendant Durk Banks** is hereby **GRANTED**.

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney in this case.

Dated: **March 9, 2026**

_____
MICHAEL W. FITZGERALD, United States District Judge