Reset Form

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CASE SUMMARY**

**FILED**
CLERK, U.S. DISTRICT COURT

6/3/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ KM _____ DEPUTY

Case Number   2:24-CR-621(C)-MWF

Defendant Number   1

U.S.A. v.   Durk Banks

Year of Birth   1992

☑ Indictment          ☐ Information

Investigative agency (FBI, DEA, etc.)   FBI

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

**OFFENSE/VENUE**

a. Offense charged as a:

☐ Class A Misdemeanor   ☐ Minor Offense   ☐ Petty Offense

☐ Class B Misdemeanor   ☐ Class C Misdemeanor   ☑ Felony

b. Date of Offense   August 19, 2022

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

☑ Los Angeles          ☐ Ventura

☐ Orange               ☐ Santa Barbara

☐ Riverside            ☐ San Luis Obispo

☐ San Bernardino       ☐ Other

Citation of Offense   18 U.S.C. § 1958(a); 18 U.S.C. § 1959(a)(1)

18 U.S.C. § 2261A(2)(A),(B); 18 U.S.C. § 371; 18 U.S.C. § 924(c)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

☑ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

☐ Eastern (Riverside and San Bernardino)   ☐ Southern (Orange)

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

☑ No          ☐ Yes

If "Yes," Case Number: _____

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): _____

**PREVIOUSLY FILED COMPLAINT/CVB CITATION**

A complaint/CVB citation was previously filed on: 10/24/2024

Case Number:   2:24-mj-06503

Assigned Judge:   Hon. Stephanie S. Christensen

Charging: 18 U.S.C. § 1958(a)

The complaint/CVB citation:

☑ is still pending

☐ was dismissed on: _____

**PREVIOUS COUNSEL**

Was defendant previously represented?   ☐ No   ☑ Yes

IF YES, provide Name:   Drew Findling

Phone Number:   404-460-4500

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?
☐ Yes*          ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*          ☑ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**SUPERSEDING INDICTMENT/INFORMATION**

**IS THIS A NEW DEFENDANT?**   ☐ Yes   ☑ No

This is the 3nd   superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:
05/01/2025

Case Number 24-621(B)-MWF

The superseded case:

☑ is still pending before Judge/Magistrate Judge

Hon. Michael W. Fitzgerald

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
☐ Yes*          ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*          ☑ No

Was a Notice of Complex Case filed on the Indictment or Information?
☐ Yes          ☑ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

## CASE SUMMARY

### INTERPRETER

Is an interpreter required?    ☐ YES    ☑ NO

IF YES, list language and/or dialect:

_____

### OTHER

☑ Male        ☐ Female

☑ U.S. Citizen    ☐ Alien

Alias Name(s)    Lil Durk, Blood, Smurk, Lil Dude

_____

This defendant is charged in:
   ☑ All counts
   ☐ Only counts: _____

☐ This defendant is designated as "High Risk" per
    18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per
    18 USC § 3166(b)(7).

Is defendant a juvenile?        ☐ Yes    ☑ No

IF YES, should matter be sealed?    ☐ Yes    ☐ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud    ☐ public corruption
☐ government fraud               ☐ tax offenses
☐ environmental issues           ☐ mail/wire fraud
☐ narcotics offenses             ☐ immigration offenses
☑ violent crimes/firearms        ☐ corporate fraud
☐ Other _____

### CUSTODY STATUS

<u>Defendant is **not in custody**</u>:
   a. Date and time of arrest on complaint: _____
   b. Posted bond at complaint level on: _____
      in the amount of $ _____
   c. PSA supervision?    ☐ Yes    ☐ No
   d. Is on bail or release from another district:

   _____

<u>Defendant is **in custody**</u>:
   a. Place of incarceration:    ☐ State    ☑ Federal
   b. Name of Institution: _____
   c. If Federal, U.S. Marshals Service Registration Number:
      43251-511
   d. ☑ Solely on this charge.  Date and time of arrest:
      10/24/2024
   e. On another conviction:    ☐ Yes    ☐ No
      IF YES :  ☐ State    ☐ Federal    ☐ Writ of Issue
   f. Awaiting trial on other charges:    ☐ Yes    ☐ No
      IF YES :  ☐ State    ☐ Federal    AND
      Name of Court: _____
      Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.    _____ 20    _____ 21    _____ 40

### EXCLUDABLE TIME

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN: _____

_____

_____

Date    06/03/2026

Signature of Assistant U.S. Attorney
Daniel H. Weiner
Print Name