DREW FINDLING
MARISSA GOLDBERG
The Findling Law Firm PC
3575 Piedmont Road
NE Tower 15, Suite 1010
Atlanta, GA 30305
Telephone: (404) 460-4500
Email: drew@findlinglawfirm.com
marissa@findlinglawfirm.com

BRIAN STEEL
The Steel Law Firm
1800 Peachtree Street NW, Suite 300
Atlanta, CA 30309
Telephone: (404) 605-0023
Email: thesteellawfirm@msn.com

CHRISTY O'CONNOR (Bar No. 250350)
The Law Office of Christy O'Connor
360 East 2nd Street, Suite 800
Los Angeles, California 90012
Telephone: (323) 716-5959
Email: christy@christyoconnorlaw.com

Attorneys for Defendant
DURK BANKS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00621-MWF |
| Plaintiff, | |
| v. | **DEFENDANT DURK BANKS' EX PARTE APPLICATION FOR BRIEFING AND HEARING SCHEDULE** |
| DURK BANKS, | |
| Defendant. | **Motion Filing Date:** June 26, 2026 |
| | **Proposed Opposition Due Date:** July 6, 2026 |
| | **Proposed Reply Due Date:** July 13, 2026 |
| | **Proposed Hearing Date**: July 27, 2026 |

Defendant Durk Banks, through his counsel of record, Drew Findling, Marissa Goldberg, Brian Steel, and Christy O'Connor, hereby applies to this Court for an Order setting the briefing and hearing schedule on "Defendant Durk Banks' Motion to Sever Counts or in the Alternative, to Dismiss the Third Superseding Indictment on Speedy Trial Grounds," as follows:

- **Motion Filing Date:** June 26, 2026
- **Proposed Opposition Due Date:** July 6, 2026
- **Proposed Reply Due Date:** July 13, 2026
- **Proposed Hearing Date**: July 27, 2026

This application is based on the following declaration of counsel.

Respectfully submitted,

Dated: June 26, 2026                    BY:    /s/  Christy O'Connor
                                                Drew Findling
                                                Marissa Goldberg
                                                Brian Steel
                                                Christy O'Connor
                                                *Attorneys for Durk Banks*

2

## DECLARATION OF CHRISTY O'CONNOR

I, Christy O'Connor, hereby state and declare as follows:

1.    I am an attorney licensed in the State of California and in good standing with all California courts and the United States District Court for the Central District of California. Along with attorneys Drew Findling, Marissa Goldberg, and Brian Steel, I represent defendant Durk Banks in the instant matter. I prepare this declaration in support of Mr. Banks' *ex parte* application for an order setting a briefing and hearing schedule on Mr. Banks' "Motion to Sever Counts or in the Alternative, to Dismiss the Third Superseding Indictment on Speedy Trial Grounds."

2.    I have met and conferred with government counsel regarding a briefing and hearing schedule on this Motion.

3.    The government suggested the following schedule, which is agreeable to the defense:

- Motion Filing Date: June 26, 2026
- Proposed Opposition Due Date:  July 6, 2026
- Proposed Reply Due Date:  July 13, 2026
- Proposed Hearing Date:  July 27, 2026 at 1:30 p.m.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


DATED: June 26, 2026                    BY:    /s/  Christy O'Connor

                                               Christy O'Connor
                                               *Attorney for Durk Banks*

3