DREW FINDLING
MARISSA GOLDBERG
The Findling Law Firm PC
3575 Piedmont Road
NE Tower 15, Suite 1010
Atlanta, GA 30305
Telephone: (404) 460-4500
Email: drew@findlinglawfirm.com
marissa@findlinglawfirm.com

BRIAN STEEL
The Steel Law Firm
1800 Peachtree Street NW, Suite 300
Atlanta, CA 30309
Telephone: (404) 605-0023
Email: thesteellawfirm@msn.com

CHRISTY O'CONNOR (Bar No. 250350)
The Law Office of Christy O'Connor
360 East 2nd Street, Suite 800
Los Angeles, California 90012
Telephone: (323) 716-5959
Email: christy@christyoconnorlaw.com

Attorneys for Defendant
DURK BANKS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00621-MWF |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER SETTING BRIEFING AND HEARING SCHEDULE** |
| DURK BANKS, | |
| Defendant. | |

For good cause show, IT IS HEREBY ORDERED:

The following is the briefing and hearing schedule on Defendant Durk Banks' Motion to Sever Counts or in the Alternative, to Dismiss the Third Superseding Indictment on Speedy Trial Grounds:

- **Motion Filing Date:** June 26, 2026
- **Opposition Due Date:**  July 6, 2026
- **Reply Due Date:**  July 13, 2026
- **Hearing Date and Time**:  July 27, 2026 at 1:30 p.m.

IT IS SO ORDERED.

Dated:

———————————————————

HONORABLE MICHAL W. FITZGERALD

United States District Judge

2