**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| USA | | CASE NUMBER: |
|---|---|---|
| | PLAINTIFF(S) | 2:24-cr-00621-MWF-6 |
| v. | | |
| Durk Banks | | **NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |
| | DEFENDANT(S). | |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

| 06/01/2026 | N/A | Letter |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**DOCKETING AND FORMATTING ERRORS:**

☐ Local Rule 11-3.8 title page is missing, incomplete, or incorrect
☐ Document lacks required signature
☐ Document linked incorrectly to the wrong document/docket entry
☐ Document submitted in the wrong case
☐ Incorrect document is attached to the docket entry
☐ Incorrect event selected.  Correct event to be used is _____
☐ Proposed document was not submitted or was not submitted as a separate attachment
☐ Other: _____

**MOTION-RELATED ERRORS:**

☐ Local Rule 7-3 compliance statement missing
☐ Local Rules 6-1, 7-9, 7-10 motion, opposition, or reply papers untimely
☐ Hearing information is missing, incorrect, or untimely
☐ Local Rule 11-6 Memorandum exceeds 25 pages
☐ Other: _____

**OTHER ERRORS:**

☑ Local Rule 83-2.5 no letters to the Judge
☐ Fed. R. Civ. P. 5 no proof of service attached
☐ Local Rule 7.1-1 no notice of interested parties
☐ Other: _____

**Note:**   **In response to this notice, the Court may:  1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate.  You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:   06/23/2026

By: K. Martinez (213) 894-8288
Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**