Reset Form

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CASE SUMMARY**

FILED
CLERK, U.S. DISTRICT COURT

7/31/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: ___KMA___ DEPUTY

---

Case Number  2:24-621(D)-MWF                    Defendant Number  6

U.S.A. v.  Durk Banks                           Year of Birth  1992

[✓] Indictment        [ ] Information           Investigative agency (FBI, DEA, etc.)  FBI

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

**OFFENSE/VENUE**

a. Offense charged as a:

[ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense

[ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense   August 19, 2022

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

[✓] Los Angeles        [ ] Ventura

[ ] Orange             [ ] Santa Barbara

[ ] Riverside          [ ] San Luis Obispo

[ ] San Bernardino     [ ] Other _____

Citation of Offense   18 U.S.C. § 1958(a); 18 U.S.C. § 1959(a)(1)

18 U.S.C. § 2261A(2)(A),(B); 18 U.S.C. § 371; 18 U.S.C. § 924(c)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

[ ] Eastern (Riverside and San Bernardino)  [ ] Southern (Orange)

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

[✓] No        [ ] Yes

If "Yes," Case Number: _____

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): _____

_____

**PREVIOUSLY FILED COMPLAINT/CVB CITATION**

A complaint/CVB citation was previously filed on:  10/24/2024

Case Number:   2:24-mj-06503

Assigned Judge:   Hon. Stephanie S. Christensen

Charging: 18 U.S.C. § 1958(a)

The complaint/CVB citation:

[✓] is still pending

[ ] was dismissed on: _____

**PREVIOUS COUNSEL**

Was defendant previously represented?   [ ] No   [✓] Yes

IF YES, provide Name:   Drew Findling

Phone Number:   404-460-4500

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*        [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*        [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**SUPERSEDING INDICTMENT/INFORMATION**

**IS THIS A NEW DEFENDANT?**   [ ] Yes   [✓] No

This is the  4th  superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:
06/03/2026

Case Number 2:24-621(C)-MWF

The superseded case:

[✓] is still pending before Judge/Magistrate Judge

Hon. Michael W. Fitzgerald

[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
[ ] Yes*        [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*        [✓] No

Was a Notice of Complex Case filed on the Indictment or Information?
[ ] Yes        [✓] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

---

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

**INTERPRETER**

Is an interpreter required?    ☐ YES    ☑ NO

IF YES, list language and/or dialect:

_____

**OTHER**

☑ Male          ☐ Female

☑ U.S. Citizen    ☐ Alien

Alias Name(s)    Lil Durk, Blood, Smurk, Lil Dude

_____

This defendant is charged in:

☑ All counts

☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?          ☐ Yes    ☑ No

IF YES, should matter be sealed?    ☐ Yes    ☐ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud    ☐ public corruption

☐ government fraud              ☐ tax offenses

☐ environmental issues          ☐ mail/wire fraud

☐ narcotics offenses            ☐ immigration offenses

☑ violent crimes/firearms        ☐ corporate fraud

☐ Other _____

_____

**CUSTODY STATUS**

Defendant is **not in custody**:

a. Date and time of arrest on complaint: _____

b. Posted bond at complaint level on: _____

    in the amount of $ _____

c. PSA supervision?    ☐ Yes    ☐ No

d. Is on bail or release from another district:

_____

Defendant is **in custody**:

a. Place of incarceration:    ☐ State    ☑ Federal

b. Name of Institution: _____

c. If Federal, U.S. Marshals Service Registration Number: 43251-511

d. ☑ Solely on this charge.  Date and time of arrest:
    10/24/2024

e. On another conviction:    ☐ Yes    ☐ No

    IF YES:    ☐ State    ☐ Federal    ☐ Writ of Issue

f. Awaiting trial on other charges:    ☐ Yes    ☐ No

    IF YES:    ☐ State    ☐ Federal    AND

    Name of Court: _____

    Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. _____ 20    _____ 21    _____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN: _____

_____

_____

Date _____ 7/31/2026 _____

_De Wi_
Signature of Assistant U.S. Attorney
Daniel H. Weiner
Print Name