DREW FINDLING
MARISSA GOLDBERG
The Findling Law Firm PC
3575 Piedmont Road
NE Tower 15, Suite 1010
Atlanta, GA 30305
Telephone: (404) 460-4500
Email: drew@findlinglawfirm.com
marissa@findlinglawfirm.com

BRIAN STEEL
The Steel Law Firm
1800 Peachtree Street NW, Suite 300
Atlanta, GA 30309
Telephone: (404) 605-0023
Email: thesteellawfirm@msn.com

CHRISTY O'CONNOR (Bar No. 250350)
The Law Office of Christy O'Connor
360 East 2nd Street, Suite 800
Los Angeles, California 90012
Telephone: (323) 716-5959
Email: christy@christyoconnorlaw.com

Attorneys for Defendant
DURK BANKS

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DURK BANKS,<br><br>　　　　Defendant. | Case No. 2:24-cr-00621-MWF<br><br>**DEFENDANT DURK BANKS' RESPONSE TO GOVERNMENT'S MOTION IN LIMINE NO. 7 TO ADMIT SELF-AUTHENTICATING BUSINESS RECORDS** |

Defendant Durk Banks, through his attorneys, Drew Findling, Marissa Goldberg, Brian Steel, and Christy O'Connor, hereby files this Response to the Government's Motion in Limine No. 7 to Admit Self-Authenticating Business Records. This response is based upon the attached memorandum of points and authorities, the files and records in this case, and such further evidence and argument as the Court deems appropriate.

## MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to Federal Rule of Evidence 902(11) the Government provided notice of their intent to introduce business records under the self-authentication provisions of the rule. To that end, the Government provided Mr. Banks with business record declarations supporting the copies of the records sought to be introduced. (See Exhibit 18 to Government's Motion In Limine No. 7, filed UNDER SEAL). Mr. Banks objects to introduction of records set forth below based on specific deficiencies in the certification of the records custodians. Mr. Banks reserves the right to withdraw his objection or supplement it based on any substitute certification of records which the Government may provide.

(i) Government Exhibit 207: The Declaration of Custodian Certifying business record is unsigned. Moreover, it is not clear what the job/position of the signor is to qualify him/her for being a custodian of records.

(ii) Government Exhibit 311: The Certificate of Authenticity of Business Records does not assert that an original or a true and accurate copy of the record has been produced.

(iii) Government Exhibit 339-341: The Certificate of Authenticity of Business Records does not assert whether an original or a true and accurate copy of the record has been produced.

Unless and until the Government cures the deficiencies in the custodian certifications, Mr. Banks objects to the introduction of the above-referenced Government Exhibits pursuant to Fed. R. Evid. 803(6) and 902(11).

**WHEREFORE**, Mr. Banks respectfully requests a hearing on this Motion and at the conclusion of same, asks this Honorable Court to sustain Mr. Banks' objections.

Respectfully submitted,

Dated: This 7th day of August, 2026.

BY:  /s/ *Brian Steel*
Drew Findling
Marissa Goldberg
Brian Steel
Christy O'Connor
*Attorneys for Durk Banks*

3