DECLARATION OF LISA VORRASI

I, Lisa Vorrasi, declare as follows:

1.    I am an Assistant Special Agent in Charge ("ASAC") with the Georgia Bureau of Investigation ("GBI").  I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.  Because I am making this declaration for the limited purpose of addressing issues raised in the government's Opposition to defendant Durk Banks' Motion to Suppress, I have not included every fact known to me concerning this investigation.

2.    I have been employed as a Special Agent with the GBI since 2006.  I am currently assigned to the Georgia Information and Sharing Analysis Center of the GBI, where I help oversee a statewide unit of nearly 65 law enforcement personnel that provides intelligence and investigative support to local, state, and federal law enforcement agencies.  The unit maintains agents assigned to multiple Federal Bureau of Investigation Joint Terrorism Task Forces and is responsible for conducting threat assessments and investigations.  Prior to this assignment, from 2019 to 2023, I served as an ASAC of the GBI's Atlanta Regional Office, where I provided leadership and oversight for investigations including death, theft, child molestation, aggravated assault, firearms-related offenses, gang-related offenses, burglary/robberies, and use-of-force incidents.  Prior to being promoted, from 2011 to 2019, I was assigned as a Special Agent detached to the Drug Enforcement Administration Atlanta-Carolinas High Intensity Drug Trafficking Area (HIDTA), where I investigated mid- to high-level narcotics investigations.  From 2006 to 2011, I was assigned to the Atlanta

Regional Office as a Special Agent. To date, I have attended over 2,400 hours of law enforcement training, have investigated hundreds of crimes, testified in multiple court proceedings, and written and executed hundreds of search warrants.

3. Based on my personal involvement in the investigation, information I have obtained from other investigators involved in the investigation, and my review of law enforcement reports, I know the following:

a. On the morning of July 11, 2021, local law enforcement in Braselton, Georgia contacted the GBI regarding a suspected home invasion at the home of Durk Banks and a family member ("Family Member 1") in Braselton. I was part of the investigative team that responded to the incident to further investigate.

b. During investigators' initial investigation and protective sweep of the Banks' residence, I and other GBI investigators learned that there had been gunshots exchanged between Mr. Banks and Family Member 1, on the one hand, and multiple suspected home intruders on the other.

c. I and other GBI investigators also learned that both Mr. Banks and Family Member 1 admitted to firing one or more weapons, including Mr. Banks' admission that he fired his weapon "into the air" approximately six times as the suspected intruders fled. During an initial protective sweep, investigators also saw multiple firearms in the backyard of the residence and multiple cartridge casings inside the home.

d. At approximately 11:00 a.m. that morning, and prior to the execution of the search warrant at the Banks' residence, I received via e-mail a criminal history report for Mr. Banks, which

identified that he was a two-time convicted felon.  Attached as **Exhibit 1** to this declaration is a true and accurate copy of the criminal history report I received via e-mail.

e.   On the morning of July 11, 2021, while I was at the Banks' residence, I learned from two gang investigators who were also involved in the investigation, including GBI SA LaMonte Bynum, that Mr. Banks was a suspected member of the Black Disciples criminal street gang.

f.   Based on my training and experience and my knowledge of the circumstances of the incident, including Mr. Banks' failure to immediately report the event to law enforcement, his departure from the home after the event, his general evasiveness and reluctance to provide information to law enforcement consistent with actions a home invasion victim would take, the multiple firearms used during the event, Mr. Banks' criminal history, and his suspected association with a criminal street gang, I believed that evidence related to the crimes being investigated by GBI would likely be found on Mr. Banks' digital devices.

g.   I then participated in the search of the Banks' residence pursuant to the warrant authorized by a magistrate judge in Gwinnett County that afternoon.  Based on my review of a report of items seized during the search, I know that investigators seized approximately 10 firearms and numerous rounds of different caliber ammunition from the Banks' residence, some of which matched the caliber of firearms found in Mr. Banks' backyard.  I also know that cartridge casings were found in multiple locations within the residence, including approximately six casings near the balcony where Mr. Banks stated he fired multiple shots "into the air."

3

h.    Based on my training and experience in drafting and executing search warrants authorizing the seizure of digital devices, I understood that that law enforcement had the authority to seize Mr. Banks' cellphone from his bedroom.  This is based on magistrate judge's authorization to seize digital devices to search for evidence relating to the subject offense of Reckless Conduct given Mr. Banks' conduct in firing the weapon into the air, and to identify motive evidence related to the gunfight at the residence.

i.    Based on my training and experience in investigating violent offenses, gang-related activity, and firearms-related offenses, I believed that evidence related to GBI's investigation would be found on Mr. Banks' phone when it was seized on July 11, 2021.  Based on my training and experience, and the information known to GBI before Mr. Banks' phone was seized on July 11, 2021, that seizure of the phone was necessary to preserve evidence and prevent the destruction of relevant evidence.  This determination is based on my knowledge and the knowledge of other investigators involved at the time of the search that Mr. Banks was a felon, that he was a suspected member of the Black Disciples gang, that he admitted to firing his weapon into the air multiple times as the suspected intruders fled, and given Mr. Banks' evasiveness towards investigators and his hesitance to assist law enforcement in the investigation.  Based on my training and experience searching digital devices, I know that digital devices may contain communications and media that may help prove the identity or motive for criminal activity, including for robberies, gang-related crimes, and other violent offenses.

j.    Based on my conversation with SA Bynum, I know that Mr. Banks' cellphone was not searched until the GBI obtained the Rockdale County Warrant.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Atlanta, Georgia, on August 7, 2026.

*Lisa Vorrasi*

LISA VORRASI

5