DECLARATION OF JARRON FARMBY

I, Jarron Farmby, declare as follows:

1.    I am a Special Agent with the Federal Bureau of Investigation ("FBI") in the Central District of California.  I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness. Because I am making this declaration for the limited purpose of addressing issues raised in the government's Opposition to defendant Durk Banks' Motion to Suppress, I have not included every fact known to me concerning this investigation.

2.    On June 25, 2026, I contacted the Georgia Bureau of Investigation ("GBI") to inquire whether the GBI could provide the FBI with a copy of the forensic extractions of the cell phones seized from the Banks' residence in Braselton, Georgia on July 11, 2021. The GBI then shipped via mail a hard drive containing the extractions for two cellphones, which the FBI received on July 6, 2026.

3.    On July 9, 2026, I contacted the GBI to inquire whether investigators possessed defendant Banks' physical phone that was seized from his residence in Braselton, Georgia on July 11, 2021. The GBI then shipped via mail the physical phone, which the FBI received on July 20, 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California on August 7, 2026.

JARRON FARMBY