Christy O'Connor (Bar No. 250350)
The Law Office of Christy O'Connor
360 E. 2nd St., Ste. 800
Los Angeles, CA 90012

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 24-cr-621-MWF |
| v. | |
| Durk Banks | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed Lodged:  (**List Documents)**

Defendant Durk Banks' Response to the Government's Motion in Limine No. 6 to Admit Defendant Banks' Music

**Reason:**

☑ Under Seal

☐ In Camera

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Per Court order dated: _____

☐ Other:

| 8/7/26 | Christy O'Connor |
|---|---|
| Date | Attorney Name |
| | Durk Banks |
| | Party Represented |

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)          **NOTICE OF MANUAL FILING OR LODGING**