DREW FINDLING
MARISSA GOLDBERG
The Findling Law Firm PC
3575 Piedmont Road
NE Tower 15, Suite 1010
Atlanta, GA 30305
Telephone: (404) 460-4500
Email: drew@findlinglawfirm.com
marissa@findlinglawfirm.com

BRIAN STEEL
The Steel Law Firm
1800 Peachtree Street NW, Suite 300
Atlanta, GA 30309
Telephone: (404) 605-0023
Email: thesteellawfirm@msn.com

CHRISTY O'CONNOR (Bar No. 250350)
The Law Office of Christy O'Connor
360 East 2nd Street, Suite 800
Los Angeles, California 90012
Telephone: (323) 716-5959
Email: christy@christyoconnorlaw.com

Attorneys for Defendant
DURK BANKS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DURK BANKS, <br><br> Defendant. | Case No. 2:24-cr-00621-MWF <br><br> **DEFENDANT DURK BANKS' EX PARTE APPLICATION FOR EXTENSION TO TIME TO FILE RESPONSE** |

Defendant Durk Banks, through his counsel of record, Drew Findling, Marissa Goldberg, Brian Steel, and Christy O'Connor, hereby applies to this Court for an Order to extend time to file his response to Government's Motion in Limine No. 3 by one day.

Dated: August 8, 2026.

BY:    /s/  *Marissa Goldberg*

Drew Findling
Marissa Goldberg
Brian Steel
Christy O'Connor

*Attorneys for Durk Banks*

2

## DECLARATION OF MARISSA GOLDBERG

I, Marissa Goldberg, hereby state and declare as follows:

1. I am an attorney licensed in the State of Georgia and admitted Pro Hac Vice to United States District Court for the Central District of California. Along with attorneys Drew Findling, Marissa Goldberg, and Brian Steel, I represent defendant Durk Banks in the instant matter. I prepare this declaration in support of the Ex Parte Application For Extension To Time To File Reply.

2. The Motion seeks an additional one day to file a response to Government's Motion in Limine #3 regarding defense expert testimony.

3. Counsel for Mr. Banks filed response to 6 of the 7 Government motions in limine on August 7, 2026.

4. There were technical issues within the drafting of our response to Government Motion in Limine #3 which caused substantial delays in the finalizing of the motion, ultimately resulting in the response not being filed by the August 7, 2026 deadline along with the other 6 responses.

5. I have met and conferred with government counsel, who has communicated that it has no objection to the additional day to file.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 8th day of August 2026.

/s/ Marissa Goldberg

Marissa Goldberg

3