DREW FINDLING
MARISSA GOLDBERG
The Findling Law Firm PC
3575 Piedmont Road
NE Tower 15, Suite 1010
Atlanta, GA 30305
Telephone: (404) 460-4500
Email: drew@findlinglawfirm.com
marissa@findlinglawfirm.com

BRIAN STEEL
The Steel Law Firm
1800 Peachtree Street NW, Suite 300
Atlanta, GA 30309
Telephone: (404) 605-0023
Email: thesteellawfirm@msn.com

CHRISTY O'CONNOR (Bar No. 250350)
The Law Office of Christy O'Connor
360 East 2nd Street, Suite 800
Los Angeles, California 90012
Telephone: (323) 716-5959
Email: christy@christyoconnorlaw.com

Attorneys for Defendant
DURK BANKS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00621-MWF |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING ADDITIONAL TIME** |
| DURK BANKS, | |
| Defendant. | |

For good cause show, IT IS HEREBY ORDERED THAT:

The defendant Durk Banks's ex parte application for extension of time to file Response to Goverment Motion in Limine No. 3 is GRANTED.

IT IS SO ORDERED.

Dated:

_____

HONORABLE MICHAL W. FITZGERALD

United States District Judge

[OR]

NO GOOD CAUSE HAVING BEEN SHOWN, show, IT IS HEREBY
ORDERED THAT The defendant Durk Banks's ex parte application for extension of
time to file Response to Goverment Motion in Limine No. 3 is Denied.

IT IS SO ORDERED.

DATED:

_____

HONORABLE MICHAL W. FITZGERALD

United States District Judge

2