DREW FINDLING
MARISSA GOLDBERG
The Findling Law Firm PC
3575 Piedmont Road
NE Tower 15, Suite 1010
Atlanta, GA 30305
Telephone: (404) 460-4500
Email: drew@findlinglawfirm.com
marissa@findlinglawfirm.com

BRIAN STEEL
The Steel Law Firm
1800 Peachtree Street NW, Suite 300
Atlanta, GA 30309
Telephone: (404) 605-0023
Email: thesteellawfirm@msn.com

CHRISTY O'CONNOR (Bar No. 250350)
The Law Office of Christy O'Connor
360 East 2nd Street, Suite 800
Los Angeles, California 90012
Telephone: (323) 716-5959
Email: christy@christyoconnorlaw.com

Attorneys for Defendant
DURK BANKS

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES,<br><br>       Plaintiff,<br><br>   v.<br><br>DURK BANKS,<br><br>       Defendant. | Case No. 2:24-cr-00621-MWF<br><br>**DEFENDANT DURK BANKS' NOTICE OF FILING OF EXHIBIT H IN SUPPORT OF MOTION TO SUPPRESS FRUITS OF UNLAWFULLY SEIZED AND SEARCHED TELEPHONE**<br><br>**Hearing Date/Time: August 13, 2026 at 10:00 a.m.** |

Defendant Durk Banks, through his attorneys, Drew Findling, Marissa Goldberg, Brian Steel, and Christy O'Connor, hereby files the attached Exhibit H in support of his

//

//

motion to suppress the fruits of an unlawfully seized and searched telephone, which was filed at docket entry 481.

Respectfully submitted,

Dated:        August 11, 2026        BY:    /s/ *Christy O'Connor*
                                             Drew Findling
                                             Marissa Goldberg
                                             Brian Steel
                                             Christy O'Connor
                                             *Attorneys for Durk Banks*

2