# EXHIBIT H

# Case No. 24-cr-00621-MWF

**AFFIDAVIT OF NICOLE MOORMAN**

STATE OF GEORGIA
COUNTY OF FULTON

Personally appeared before the undersigned officer duly authorized to administer oaths, Nicole Moorman, who, after being duly sworn, deposes and states as follows:

1. My name is Nicole Moorman. I am an attorney licensed to practice law in the State of Georgia and am competent to make this Affidavit. The statements contained herein are based upon my personal knowledge and recollection and are true and correct to the best of my knowledge and belief.

2. I represented Durk Banks as legal counsel from approximately May 2019 through October 2022.

3. During the course of my representation of Mr. Banks, I became aware of a home invasion that occurred on or about July 11, 2021, at Mr. Banks's residence located at 480 Traditions Way, Jefferson, Georgia 30549.

4. I understood that Mr. Banks and India Cox were the victims of the home invasion.

5. On or about July 12, 2021, I was contacted by Mr. Banks who informed me that agents with the Georgia Bureau of Investigation ("GBI") had taken electronic devices belonging to Mr. Banks and Ms. Cox in connection with the investigation of the home invasion. Mr. Banks requested that I contact the GBI in an effort to secure the return of those devices.

6. Acting in my capacity as Mr. Banks's attorney, I thereafter contacted GBI agents by telephone regarding the return of the electronic devices.

7. Over the course of my efforts to secure the return of the devices, I spoke with agents by telephone on at least three separate occasions.

8. During my communications with agents, I specifically requested the return of Mr. Banks's cellular telephone.

9. Despite my requests, agents and/or the GBI declined to release or return the electronic devices at that time.

10. The cellular telephone that I specifically requested be returned to Mr. Banks during my communications with agents in July 2021 is the same cellular telephone presently at issue before this Court and that is the subject of the hearing scheduled for Thursday August 13, 2026.

11. Accordingly, based upon my personal involvement in seeking the return of Mr. Banks's cellular telephone, I have personal knowledge that the cellular telephone presently at issue was among the electronic devices in the possession of the GBI following the July

11, 2021 home invasion, and that I sought its return on Mr. Banks's behalf during my representation of him.

12. I make this Affidavit for the purpose of memorializing the foregoing facts concerning my representation of Mr. Banks, my communications with GBI agents, and my efforts to obtain the return of Mr. Banks's cellular telephone following the July 11, 2021 home invasion.

Further Affiant sayeth not.

This 10th day of August, 2026.

**Nicole Moorman**
Affiant

Sworn to and subscribed before me this 10th day of August, 2026.

**Notary Public**
My Commission Expires: February 26, 2029