DREW FINDLING
MARISSA GOLDBERG
The Findling Law Firm PC
3575 Piedmont Road
NE Tower 15, Suite 1010
Atlanta, GA 30305
Telephone: (404) 460-4500
Email: drew@findlinglawfirm.com
marissa@findlinglawfirm.com

BRIAN STEEL
The Steel Law Firm
1800 Peachtree Street NW, Suite 300
Atlanta, GA 30309
Telephone: (404) 605-0023
Email: thesteellawfirm@msn.com

CHRISTY O'CONNOR (Bar No. 250350)
The Law Office of Christy O'Connor
360 East 2nd Street, Suite 800
Los Angeles, California 90012
Telephone: (323) 716-5959
Email: christy@christyoconnorlaw.com

Attorneys for Defendant
DURK BANKS

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES,<br><br>Plaintiff,<br><br>v.<br><br>DURK BANKS,<br><br>Defendant. | Case No. 2:24-cr-00621-MWF<br><br>**DEFENDANT DURK BANKS' EX PARTE APPLICATION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO SUPPRESS FRUITS OF UNLAWFULLY SEIZED AND SEARCHED TELEPHONE (DKT. NO. 481)** |

Defendant Durk Banks, through his attorneys, Drew Findling, Marissa Goldberg, Brian Steel, and Christy O'Connor, hereby files this ex parte application for leave to file a reply in support of his motion to suppress the fruits of the unlawfully seized and searched telephone, Dkt. No. 481. Mr. Banks' provisionally-filed reply was filed yesterday, August 14, 2026, at docket entry 574.

This application is based on the attached declaration of counsel.

Respectfully submitted,

Dated: August 15, 2026

BY: /s/ *Christy O'Connor*
Drew Findling
Marissa Goldberg
Brian Steel
Christy O'Connor
*Attorneys for Durk Banks*

**DECLARATION OF CHRISTY O'CONNOR**

I, Christy O'Connor, hereby state and declare as follows:

1. I am an attorney licensed in the State of California and in good standing with all California courts and the United States District Court for the Central District of California. Along with attorneys Drew Findling, Marissa Goldberg, and Brian Steel, I represent defendant Durk Banks in the instant matter. I prepare this declaration in support of Mr. Banks' *ex parte* application for leave to file a reply in support of his motion to suppress, filed at docket entry 481.

2. Under the local rules, an opposition to a motion must be filed no later than 21 days before the hearing on the motion, and the reply is to be filed no later than 14 days prior to the hearing. L.R. 7-9, 7-10.

3. However, the schedule on Mr. Banks' motion to suppress was truncated. The government disclosed the cell phone evidence at the heart of Mr. Banks' motion to suppress on or about July 15, 2026. Because of this timing, Mr. Banks' motion to suppress was filed not with the other pretrial motions, as it normally would be, but simultaneously with the motions in limine. This schedule did not leave time for a reply to be filed by 14 days prior to the August 13 hearing.

4. At the August 13 hearing on the motion, the Court took the matter under submission.

5. Mr. Banks filed a reply on August 14, which his seven days after the government's opposition to the motion.

6. By this application he respectfully requests leave to file that reply, and asks that the Court consider his replies to the arguments the government raised in its opposition.

7. I have conferred with government counsel, who take no position on the instant application.

//

//

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: August 15, 2026

BY: /s/ Christy O'Connor
Christy O'Connor
*Attorney for Durk Banks*