FILED
CLERK, U.S. DISTRICT COURT
SEP - 8 2026
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO (Cal. Bar No. 265481)
Assistant United States Attorney
Chief, National Security Division
MICHAEL J. MORSE (Cal. Bar No. 291763)
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorneys
1400/1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-3667/3535/0813
Facsimile: (213) 894-0142
E-mail: ian.yanniello@usdoj.gov
michael.morse@usdoj.gov
daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DURK BANKS, et al.,<br><br>Defendants. | No. CR 24-621(D)-MWF<br><br><u>STIPULATION NO. 2</u> |

Plaintiff United States of America, and defendant DURK BANKS, both individually and by and through his counsel of record, hereby stipulate as follows:

//

//

1. The parties agree that the following facts are true and conclusively established in this trial:

a. On October 12, 2016, Brianna Dangerfield was arrested for Forgery/Counterfeiting in Chicago, Illinois. Brianna Dangerfield was also arrested on March 21, 2017 for Retail Theft/Shoplifting in Chicago, Illinois. She was not charged or convicted of either crime.

//

//

//

2. The parties agree that this stipulation should be read to the jury and introduced into evidence at trial.

IT IS SO STIPULATED.

Dated: September 8, 2026

Respectfully submitted,

BILAL A. ESSAYLI
First Assistant United States Attorney

IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division

IAN V. YANNIELLO
MICHAEL J. MORSE
DANIEL H. WEINER

Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: 9/8/26

DREW FINDLING
MARISSA GOLDBERG
BRIAN STEEL
CHRISTY O'CONNOR
Attorneys for Defendant
DURK BANKS

I have read this stipulation, and I have carefully discussed every part of it with my attorney. I understand the terms of this stipulation and my right to confront witnesses regarding the facts and exhibits described herein, and I knowingly waive that right and voluntarily agree to the terms of the stipulation.

DURK BANKS
Defendant

9/8/26
Date