FILED
CLERK, U.S. DISTRICT COURT
SEP 11 2026
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DURK BANKS,<br>Defendant. | No. CR 24-621-MWF<br><br>VERDICT FORM |

**Conspiracy to Commit Stalking of Tyquian Bowman (a/k/a "Quando Rondo")**

1. We, the jury in the above-captioned case, unanimously find defendant DURK BANKS:

X NOT GUILTY

______ GUILTY

of Conspiracy to Commit Stalking of Tyquian Bowman (a/k/a "Quando Rondo"), as charged in Count One of the Indictment.

*(Proceed to Question 2.)*

**Stalking of Tyquian Bowman (a/k/a "Quando Rondo")**

2. We, the jury in the above-captioned case, unanimously find defendant DURK BANKS:

__X__ NOT GUILTY

_____ GUILTY

of Stalking Tyquian Bowman (a/k/a "Quando Rondo"), as charged in Count Two of the Indictment.

*(If you find the defendant Not Guilty of this charge, proceed to Question 4. If you find the defendant Guilty of this charge, proceed to Question 3.)*

3. We, the jury in the above-captioned case, unanimously find that a dangerous weapon was used during the stalking of Tyquian Bowman (a/k/a "Quando Rondo"), as charged in Count Two of the Indictment:

_____ NO

_____ YES

*(Proceed to Question 4.)*

**Stalking of Saviay'a Robinson**

4. We, the jury in the above-captioned case, unanimously find defendant DURK BANKS:

__X__ NOT GUILTY

_____ GUILTY

of Stalking Saviay'a Robinson, as charged in Count Three of the Indictment.

*(If you find the defendant Not Guilty of this charge, proceed to Question 6. If you find the defendant Guilty of this charge, proceed to Question 5.)*

5. We, the jury in the above-captioned case, unanimously find that Saviay'a Robinson died as a result of the stalking, as charged in Count Three of the Indictment:

_____ NO

_____ YES

*(Proceed to Question 6.)*

**Conspiracy to Commit the Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire Resulting in Death**

6. We, the jury in the above-captioned case, unanimously find defendant DURK BANKS:

__X__ NOT GUILTY

_____ GUILTY

of Conspiracy to Commit the Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire, as charged in Count Four of the Indictment.

*(If you find the defendant Not Guilty of this charge, Proceed to Question 8. If you find the defendant Guilty of this charge, proceed to Question 7.)*

7. We, the jury in the above-captioned case, unanimously find that Saviay'a Robinson died as a result of the conspiracy, as charged in Count Four of the Indictment:

_____ NO

_____ YES

*(Proceed to Question 8.)*

**Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire Resulting in Death**

8. We, the jury in the above-captioned case, unanimously find defendant DURK BANKS:

X NOT GUILTY

______ GUILTY

of Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire, as charged in Count Five of the Indictment.

*(If you find the defendant Not Guilty of this charge, this is the end of the verdict form. If you find the defendant Guilty of this charge, proceed to Question 9.)*

9. We, the jury in the above-captioned case, unanimously find that Saviay'a Robinson died as a result of the use of interstate commerce facilities in the commission of murder-for-hire, as charged in Count Five of the Indictment:

______ NO

______ YES

*(End of verdict form.)*

09/11/26
DATED

[redacted]
FOREPERSON