TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO (Cal. Bar No. 265481)
Chief, National Security Division
MICHAEL J. MORSE (Cal. Bar No. 291763)
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorneys
1400/1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-3667/3535/0813
Facsimile: (213) 894-0142
E-mail: ian.yanniello@usdoj.gov
michael.morse@usdoj.gov
daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DURK BANKS,<br><br>Defendant. | No. CR 24-621(D)-MWF-6<br><br><u>GOVERNMENT'S NOTICE OF LODGING UNDER SEAL EXHIBITS IN OPPOSITION TO DEFENDANT BANKS' BRIEF IN SUPPORT OF RELEASE ON BOND</u> |

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys Ian V. Yanniello, Michael J. Morse, and Daniel H. Weiner, hereby files its Notice of Lodging Under Seal Exhibits in Opposition to defendant Durk Banks' Brief in Support of Release on Bond.

//

//

This filing is based upon the attached memorandum of points and authorities, the attached under seal exhibits, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: November 5, 2026

Respectfully submitted,

TODD BLANCHE
Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division

/s/
IAN V. YANNIELLO
MICHAEL J. MORSE
DANIEL H. WEINER
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**NOTICE OF LODGING**

As requested by the Court during the November 4, 2026 hearing, the government submits the following under seal documents:

- **Exhibit B at USAO_67439:** FBI 302 documenting investigation into defendant Banks' involvement with contraband cellphones at the MDC; and
- **Exhibit C:** FBI 302 documenting investigation into defendant Banks' possession and destruction of contraband cellphone at the MDC.

The government also notes that the Court's concern regarding the uncertainty of the scope of defendant Banks' and his associates'/intermediaries' assets is underscored by defendant Banks' dealings in cash. As the Court has seen throughout this case, defendant Banks and his associates transact in large volumes of cash, all of which would likely be undetected and protected from any forfeiture action should defendant Banks violate any conditions of bond.

For these reasons, and the reasons stated in the government's opposition and argument at the November 4 hearing, the Court should deny defendant's application and order him detained.

# EXHIBIT B
# [UNDER SEAL]

# EXHIBIT C
# [UNDER SEAL]