TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO (Cal. Bar No. 265481)
Chief, National Security Division
MICHAEL J. MORSE (Cal. Bar No. 291763)
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorneys
1400/1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-3667/3535/0813
Facsimile: (213) 894-0142
E-mail: ian.yanniello@usdoj.gov
michael.morse@usdoj.gov
daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DURK BANKS, et al.,<br><br>Defendants. | No. CR 24-621(D)-MWF<br><br>GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENTS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF DANIEL H. WEINER |

Plaintiff United States of America hereby applies ex parte for an order directing that Exhibits B and C to the Government's Opposition to Defendant Banks' Brief in Support of Bond in the above-entitled case be kept under seal until further order of the Court.

This *ex parte* application is based upon the attached memorandum of points and authorities and Declaration of Daniel H. Weiner.

Dated: November 5, 2026

Respectfully submitted,

TODD BLANCHE
Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division

/s/
IAN V. YANNIELLO
MICHAEL J. MORSE
DANIEL H. WEINER
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**MEMORANDUM OF POINTS AND AUTHORITIES**

Plaintiff United States of America requests that this Court seal Exhibits B and C to the Government's Opposition to Defendant Banks' Brief in Support of Bond.

The Court has inherent supervisory authority to seal documents in appropriate circumstances. See Nixon v. Warner Communications, Inc., 435 U.S. 589, 598 (1978) ("Every court has supervisory power over its own records and files . . . .").

Here, for the reasons described in the attached declaration, sealing of these documents is necessary as they discuss and/or contain information related to an ongoing investigation and/or identifying information of witnesses who participated in the BOP's and/or government's investigation.

The government accordingly requests that the documents be maintained under seal until further order of the Court.

**DECLARATION OF DANIEL H. WEINER**

I, Daniel H. Weiner, declare as follows:

1. I am an Assistant United States Attorney for the Central District of California and I am one the attorneys assigned to the prosecution of United States v. Durk Banks, et al., No. CR 24-621(D)-MWF. I make this declaration in support of the government's ex parte application for an order sealing Exhibits B and C to the Government's Opposition to Defendant Banks' Brief in Support of Bond.

2. The government requests leave to file these documents under seal pursuant to the Court's direction at the November 4, 2026 hearing, as these documents discuss and/or contain information related to an ongoing investigation and/or identifying information of witnesses who participated in the BOP's and/or government's investigation.

3. Accordingly, the government requests that the documents be kept under seal until further order of the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed on November 5, 2026, at Los Angeles, California.

*/s/ Daniel H. Weiner*
DANIEL H. WEINER